POOR QUALITY ORIGINAL

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Rachel Jones

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Experian Information Solutions, Inc

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:25-cv-10114
Assigned To : Goldsmith, Mark A.
Referral Judge: Patti, Anthony P.
Assign. Date : 1/13/2025
Description: CMP- JONES V.
EXPERIAN INFORMATION SOLUTIONS, INC (CMS)

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Rachel Jones |
| Street Address | 25654 Deborah |
| City and County | Redford, Wayne |
| State and Zip Code | MI, 48239 |
| Telephone Number | 812·573-8661 |
| E-mail Address | Rajones06@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Experian Information Solutions Inc |
| Job or Title (if known) | |
| Street Address | 475 Anton Blvd |
| City and County | Costa Mesa, Orange County |
| State and Zip Code | California, 92626 |
| Telephone Number | 714-830-7000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

    Name                   _____

    Job or Title
    (if known)             _____

    Street Address       _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)             _____

Defendant No. 4

    Name                   _____

    Job or Title
    (if known)              _____

    Street Address       _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)             _____

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FCRA 15 U.S.C 1681

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

 a. If the plaintiff is an individual
 The plaintiff, *(name)* _____,
 is a citizen of the State of *(name)* _____.

 b. If the plaintiff is a corporation
 The plaintiff, *(name)* _____,
 is incorporated under the laws of the State of *(name)*
 _____, and has its principal place of business in the
 State of *(name)* _____.

 *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

 a. If the defendant is an individual
 The defendant, *(name)* _____, is a citizen of the
 State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

 b. If the defendant is a corporation
 The defendant, *(name)* _____, is incorporated
 under the laws of the State of *(name)* _____, and
 has its principal place of business in the State of *(name)*
 _____. *Or* is incorporated under the laws of
 *(foreign nation)* _____, and has its principal place
 of business in *(name)* _____.

 *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The RELieF Sought is for statutory, actual, and punitive damages that reflect grossly negligent and willful non'compliance exceeding $75,000.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE attachment

**Statement of Claim**

1. Plaintiff Rachel Jones, a resident of Redford, Michigan, requested her full consumer file from Defendant Experian Information Solutions, Inc. on August 5, 2024, pursuant to federal law (15 U.S.C. § 1681g). Despite providing proper identification, Defendant failed to disclose all information in her consumer file, including original data sources, intermediary vendor data, and metadata, as required by law.

2. On April 27, 2023, Plaintiff disputed inaccurate entries in her credit file, including "serious delinquency" and "number of accounts with delinquency." Defendant failed to conduct a reasonable reinvestigation, as required by 15 U.S.C. § 1681i, and continued to report inaccurate information, causing significant harm to Plaintiff.

3. Defendant's refusal to provide a complete consumer file and correct inaccuracies resulted in Plaintiff being denied credit multiple times, including by Discover on September 11, 2023, and Refund Advantage on January 8, 2025. These denials were based on the inaccurate and incomplete information in Plaintiff's credit file.

4. Plaintiff experienced emotional distress, financial uncertainty, and reputational harm due to Defendant's failure to comply with its obligations under federal law and its reporting of misleading and incomplete information. These harms could not have been reasonably avoided by Plaintiff.

5. Defendant's conduct demonstrates a systemic pattern of negligence and noncompliance, as evidenced by 2,611 complaints filed against Experian with the Consumer Financial Protection Bureau from January 2022 through January 12, 2025, for consumers' inability to access their credit reports or files. Defendant knowingly and deliberately disregarded its statutory duties, depriving Plaintiff of her legal rights and protections.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Punitive damages- to reflect the grossly negligence and willful non compliance of Defendant actual damages $32,000, $25,000 for discover (to card, $7,000 for Pathward denial denial

Statutory damages $1,000 per violation of FCRA Exemplary damages to reflect the grossly negligence and willful non compliance of Defendant - $350,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 13th, 2025.

Signature of Plaintiff   Rachel Jones

Printed Name of Plaintiff   Rachel Jones

6

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF**

**MICHIGAN**

**RACHEL JONES,**

**Plaintiff,**

**v.**                                                          **Case No:**

                                                               **COMPLAINT AND**
                                                               **TRIAL BY JURY DEMAND**

**EXPERIAN INFORMATION SOLUTIONS INC.,**

**Defendant,**

## Introduction

Plaintiff Rachel Jones, a resident of Redford, Michigan, brings this action pro se against

Defendant Experian Information Solutions, Inc. ("Experian") for its failure to comply with

federal and state laws governing consumer rights and for violations of her constitutional and

human rights including but not limited to the Fair Credit Reporting Act, and Michigan Consumer

Protection Act.This action arises from Experian's negligence, willful non-compliance, and failure

to upon request by consumer clearly and accurately disclose to the consumer, among other things:(1) "All information in the consumers file at time of request" and (2) "The sources of the information." as required by 15 U.S.C. § 1681g(a),  Failure to use reasonable procedures to assure maximum possible accuracy of information contained in consumer reports as required by 15 U.S.C. § 1681e(b), failed to reasonably reinvestigate the Plaintiff disputes challenging the accuracy and completeness of information in her consumer report and also failed to record the current status of the disputed information as required by 15 U.S.C. § 1681i(a), failure to provide adequate or accurate  notice to consumer of the outcome of the disputes as required by 15 U.S.C. § 1681i(a). The FCRA regulates consumer reporting. Congress enacted this statute to "ensure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy." and  "require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit , personnel, insurance, and other information in a manner which is fair and equitable to the consumer , with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance  with the requirements of this title.", as "an elaborate mechanism has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers". Experian's actions, including the continued reporting of inaccurate information, its failures to conduct a reasonable reinvestigation, and its failure to provide upon request of the consumer a full file, has caused harm to Plaintiff's financial stability, reputation, quality of life, and peace of mind. Plaintiff has been unable to obtain critical credit, such as a loans for family and household purposes and has experienced ongoing sleep deprivation, emotional distress, including feelings of helplessness and anxiety over her financial

future. Specifically, Plaintiff was recently denied credit applications to Discover Bank, TD Bank, and Pathward N.A , resulting in further financial stress and discouragement from pursuing additional credit opportunities. These actions have also caused Plaintiff significant emotional distress due to the inability to access necessary credit and concerns over her reputation.

## I. Jurisdiction and Venue

1. This Court has jurisdiction pursuant to 15 U.S.C. § 1681p (FCRA), which provides jurisdiction to enforce claims arising under the Fair Credit Reporting Act (FCRA), 28 U.S.C. § 1331, as this action arises under federal law, and 28 U.S.C. § 1367 for supplemental jurisdiction of state law claims.

2. Venue is proper in the Eastern District of Michigan under 28 U.S.C. § 1391(b) because Defendant conducts business nationwide and within this district as the events giving rise to the claims occurred here.

## II. Parties

3. Plaintiff Rachel Jones a natural person, is a resident of Michigan, residing in Wayne County and is a "consumer" as defined by 15 U.S.C. § 1681a(c), and also an "applicant" as defined by 15 U.S.C. § 1691a(b).

4. Defendant Experian Information Solutions, Inc., is a "consumer reporting agency" as defined by the FCRA 15 U.S.C. §1681a(f). Experian compiles and maintains files on consumers on a nationwide basis, as that term is defined in the FCRA 15 U.S.C. § 1681a(p) with its headquarters in Costa Mesa, California, regularly conducting business nationwide, including within the State of Michigan.

## III. Factual Background

5. On 4/27/2023, Plaintiff disputed inaccurate and incomplete information in her file by submitting a dispute to Experian. The disputed inaccuracies included account balances, payment histories,  account numbers which were incorrect and or incomplete and damaging to Plaintiff's creditworthiness and reputation.

6. On 5/16/2023, Experian sent the results of its reinvestigation as "Verified" However, Experian failed to conduct a reasonable investigation and provide and adequate or accurate notice of the outcome of the disputes to Plaintiff as required by  15 U.S.C. § 1681i.

7.The inaccurate and incomplete disputed information continued to appear in Plaintiff's consumer report, causing her significant harm that she couldn't reasonably avoid.

8. On 8/5/2024, Plaintiff submitted a written request to Experian for a complete disclosure of her consumer file with proof of identification pursuant to 15 U.S.C. § 1681g.

9.This request was made due to Plaintiff's concerns following multiple credit denials, persistent reporting of inaccurate information by Experian, and recent notices of data breaches from other companies that heightened her concern about the security and accuracy of her personal data.

10.This request specifically sought all information in Plaintiff's consumer file, including original sources, intermediary vendor data, and metadata.

11. Plaintiff attached a copy of her passport and a bank statement to verify her identity and address, fulfilling all reasonable requirements for identity confirmation pursuant to 15 U.S.C. §1681h.

12. Experian responded to Plaintiff's 08/05/2024 written request by providing a "credit report," on or about August 2024 which was not what she requested and was misleading to her as it did not include all of the information in her consumer file as required by law.

13. Specifically, the report omitted critical details such as the original sources of information, intermediary vendor data, and metadata associated with her credit history, all of which are necessary for verifying the accuracy and completeness of the file.

14. Plaintiff made a second request for her complete consumer file by filing a complaint with the Consumer Financial Protection Bureau (CFPB) on 8/26/2024.

15. Defendant responded to the CFPB complaint on 10/24/24 by sending a "credit report" which again mislead and confused the Plaintiff and failed to provide a full disclosure of Plaintiff's consumer file, continuing to omit critical categories of information required under the FCRA.

16. Defendants failure to provide Plaintiff with a copy of her file has obstructed her ability to verify the accuracy of the information contained in it and denied her the right to dispute any inaccuracies therein.

17. Experian's privacy policy explicitly outlines numerous categories of information it collects, stores, and discloses. These categories are particularly relevant to Plaintiff's case because they represent the scope of data Experian is required to disclose under the Fair Credit Reporting Act.

18. The omission of such information, including raw data, vendor information, and predictive analytics, prevented Plaintiff from identifying and correcting inaccuracies in her file, thereby exacerbating the harm caused by the inaccurate credit reporting. These categories include: a. Personal and online identifiers (e.g., name, Social Security number, driver's license number); b. Commercial and transactional information (e.g., purchase history, insurance claims); c. Internet and network activity (e.g., browsing history, interactions with advertisements); d. Geolocation information; e. Predictive analytics and inferences drawn about consumer characteristics and preferences.

19. Experian's failure to include these categories of information in its disclosures is a misrepresentation of the information requested and violates the requirements of the FCRA.

20. Plaintiff applied for credit for personal, family, and household purposes on several occasions, including applications to Discover Bank on September 11, 2023 and was denied, constituting an adverse action as defined by 15 U.S.C. § 1681a(k).

21. Plaintiff applied for credit for personal, family, and household purposes including an application with Pathward N.A. on January 8, 2025, and was denied, constituting an adverse action as defined by 15 U.S.C. § 1681a(k).

22. These adverse actions were a result of inaccurate information in Plaintiff's credit file, including references to "serious delinquency" and "number of accounts with delinquency," which Experian failed to correct despite Plaintiff's dispute efforts.

23. The inaccurate information provided by Experian, including the persistent reporting of "serious delinquency" and "number of accounts with delinquency," directly caused these denials and resulted in Plaintiff's inability to access the needed credit.

24. Plaintiff received adverse action notices from creditors, including vague reasons such as "serious delinquency" and "number of accounts with delinquency." These notices directly stemmed from Experian's inaccurate reporting and were insufficiently detailed, failing to meet the requirements of FCRA.

25. As a result, Plaintiff was injured by Defendant's inaccurate reporting and her inability to correct the inaccurate information reported.

26. Plaintiff has suffered significant harm as a result of Defendant's conduct, including:

- Anxiety and stress resulting from Experian repeated failures to comply with its obligations, which caused Plaintiff to fear further harm and financial instability.

- Loss of ability to maintain a quality of life, as the inaccurate reporting and inability to apply for credit impacted her ability to meet personal, family, and household needs;

- Damage to her reputation resulting from incomplete or inaccurate information furnished by Experian to third parties;

27. Defendant's conduct reflects a reckless disregard for its statutory obligations and the harm caused to Plaintiff by its actions, including emotional distress, financial uncertainty, and damage to her reputation.

28. Plaintiff has been discouraged from applying for additional credit due to the hostile credit environment as a result of the Defendant's actions, the persistent inaccuracies that remain in her credit file, and repeated denials received.

29. The conduct of the Defendant has caused emotional distress and reputation harm, as well as apprehension about pursuing further financial opportunities, which are critical for her personal and family financial stability.

30. For instance, Plaintiff's inability to access necessary credit has worsened her financial situation and contributed to ongoing emotional distress.

31. Defendant's actions demonstrate a systemic pattern of negligence and willful noncompliance with federal law. According to data from the Consumer Financial Protection Bureau (CFPB), 2,611 complaints have been filed against Experian from January 2022 through January 12, 2025, specifically related to consumers' inability to access their credit reports or files.

32. This widespread issue highlights a recurring and deliberate disregard for compliance with federal laws, including 15 U.S.C. § 1681g. Defendant's refusal to provide a full consumer file disclosure and its reporting of inaccurate and incomplete information are not isolated errors but part of a broader failure to adhere to statutory obligations, negatively impacting consumers nationwide.

33. Despite receiving two verified requests from Plaintiff, accompanied by proper identification, Defendant knowingly and deliberately refused to comply with its obligations under the Fair Credit Reporting Act (FCRA), depriving Plaintiff of her statutory rights.

34. Defendant's conduct reflects a reckless disregard for its statutory duties and the harm caused to Plaintiff. This harm includes, but is not limited to: a. Emotional distress caused by the ongoing inability to correct inaccuracies in her credit file; b. Financial uncertainty resulting from repeated credit denials based on inaccurate reporting; c. Reputational damage stemming from Defendant's failure to maintain accurate and complete records.

35. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

36. As of the date of commencement of this action Plaintiff still hasn't received her Full File Disclosure from Defendant as lawfully requested.

37. This action is brought within the statute of limitations provided by the FCRA.

## IV. Claims for Relief

### Count I. : Defendant's Violation of the Fair Credit Reporting Act (15 U.S.C. § 1681g)

38. Plaintiff incorporates by reference all preceding paragraphs

39. Defendant failed to disclose all information in Plaintiff's consumer file as required by 15 U.S.C. § 1681g.

40. Specifically, Defendant omitted critical details such as the original data sources, intermediary vendor information, and metadata associated with Plaintiff's credit history. The absence of this information hindered Plaintiff's ability to verify and correct inaccuracies, directly impacting her ability to secure credit and causing significant financial and emotional harm.

41. Defendant's failure constitutes willful and/or negligent non-compliance with the FCRA, in violation of 15 U.S.C. §§ 1681n and 1681o.

42. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

43. Plaintiff is entitled to statutory damages, actual damages, punitive damages, and attorney's fees and costs under the FCRA.

## Count II. : Defendant's Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681i(a)

44. Plaintiff incorporates by reference all preceding paragraphs.

45. Defendant failed to conduct a reasonable reinvestigation of the disputed information in Plaintiff's credit file, as required by FCRA.

46. Specifically, Defendant failed to verify the accuracy of furnished information by obtaining documentation from the original data furnishers or conducting independent checks. This lack of thoroughness resulted in the continued reporting of inaccurate information, directly harming Plaintiff's creditworthiness.

47. Defendant's failure constitutes willful and/or negligent non-compliance with the FCRA, in violation of 15 U.S.C. §§ 1681n and 1681o.

48. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

49. Defendant's failure resulted in the continued reporting of inaccurate and incomplete information, causing significant financial harm and emotional distress to Plaintiff.

50. Plaintiff is entitled to statutory damages, actual damages, punitive damages, and attorney's fees and costs under the FCRA.

### Count III. : Defendant's Violation of the Fair Credit Reporting Act (§ 1681e(b))

51. Plaintiff incorporates by reference all preceding paragraphs.

52. Defendant failed to follow reasonable procedures to ensure maximum possible accuracy in Plaintiff's credit file, resulting in the reporting of inaccurate information.

53. Specifically, Experian continued to report outdated and erroneous data, including disputed items, without conducting thorough verifications, thereby violating industry standards and its own procedural obligations.

54. Documentation and communications from Experian show that the Defendant did not verify the disputed information with original data furnishers or implement any independent checks, demonstrating a clear failure to follow its own procedures and industry standards for accuracy.

55. Defendant's failure constitutes willful and/or negligent non-compliance with the FCRA, in violation of 15 U.S.C. §§ 1681n and 1681o.

56. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

57. Defendant's failure caused Plaintiff financial, reputational and emotional harm.

58. Plaintiff is entitled to statutory damages, actual damages, punitive damages, and attorney's fees and costs under the FCRA

## Count IV. : Defendant's Negligence

59. Plaintiff incorporates by reference all preceding paragraphs.

60. Defendant owed Plaintiff a duty of care to comply with federal and state laws governing consumer reporting.

61. Defendant breached this duty by failing to provide a complete disclosure of Plaintiff's consumer file and failing to take reasonable steps to ensure compliance with the FCRA.

62. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

63. As a direct and proximate result of Defendant's negligence, Plaintiff suffered damages, including emotional distress, sleep deprivation and reputational harm.

## Count V. : Defendant's Invasion of Privacy

64. Plaintiff incorporates by reference all preceding paragraphs.

65. Defendant's mishandling of Plaintiff's personal data, including its failure to disclose all relevant information and its unauthorized use or sharing of such data, constitutes an invasion of Plaintiff's privacy.

66. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

67. Plaintiff is entitled to damages for harm caused by Defendant's invasion of privacy.

## Count VI. : Defendant's Emotional Distress (Intentional or Negligent Infliction)

68. Plaintiff incorporates by reference all preceding paragraphs.

69. Defendant's conduct, including its repeated failures to comply with legal obligations and mishandling of Plaintiff's data, caused Plaintiff severe emotional distress, loss of enjoyment of life and sleep deprivation.

70. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

71. Plaintiff is entitled to compensatory damages for emotional distress caused by Defendant's actions.

## Count VII. : Defendant's Breach of Contract or Implied Contract

72. Plaintiff incorporates by reference all preceding paragraphs.

73. By providing services related to consumer reporting, Defendant entered into a contractual or implied contractual obligation to adhere to legal standards.

74. Defendant's failure to disclose all information in Plaintiff's file and ensure compliance with federal laws constitutes a breach of this obligation.

75. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

76. Plaintiff is entitled to damages for Defendant's breach of contract or implied contract.

## Count VIII. : Defendant's Violations of Data Privacy Laws

77. Plaintiff incorporates by reference all preceding paragraphs.

78. Defendant's failure to disclose all relevant information and its unauthorized use of Plaintiff's personal data may violate applicable federal and state data privacy laws, including but not limited to the Gramm-Leach-Bliley Act.

79. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

80. Plaintiff is entitled to damages, injunctive relief, and other remedies provided under these laws.

## Count VIIII. : Defendant's Unjust Enrichment

81. Plaintiff incorporates by reference all preceding paragraphs.

82. Defendant has unjustly benefited from its failure to comply with legal obligations while profiting from Plaintiff's personal data.

83. Plaintiff seeks restitution for Defendant's unjust enrichment.

## Count X. : Defendant's Violations of Michigan Consumer Protection Act § 445.903(1)(c)

## Misrepresentation of Characteristics

84. Plaintiff incorporates by reference all preceding paragraphs.

85. Defendant's conduct constitutes a violation of MCL 445.903(1)(c) of the Michigan Consumer Protection Act, which prohibits: "Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have."

86. Plaintiff submitted a request for her full file disclosure to Defendant on August 5, 2024, including a legible copy of US Passport and a current bank statement for proof of address.

87. Defendant provided Plaintiff a "credit report" that did not include the full consumer file, nor the sources of the information misrepresenting the nature and completeness of the product/ service Defendant provides to Plaintiff.

88. By failing to disclose that the report was incomplete and omitting material information such as profiling data, intermediary sources, and identifiers, Defendant misrepresented the **nature and completeness** of the service provided to Plaintiff

89. Plaintiff reasonably relied on Defendant's representation that the document provided was her full consumer file disclosure. This misrepresentation prevented her from understanding that critical information had been withheld .

90. As a result of Defendant's misrepresentation:

- Plaintiff was unable to verify the accuracy of her consumer file or dispute inaccuracies;

- Plaintiff suffered harm to her creditworthiness and financial uncertainty due to the inability to correct or challenge errors;

- Plaintiff experienced emotional distress, anxiety, and loss of confidence in seeking further credit opportunities.

91. Defendant's actions demonstrate a reckless disregard for its obligations under the FCRA and MCPA, resulting in harm to Plaintiff.

92. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

93. Plaintiff seeks relief under MCL 445.911, including:

Statutory Damages: $250 per violation or actual damages, whichever is greater;

### Count XI. : Defendant's Violation of the Michigan Consumer Protection Act (MCPA) –

### Failure to Reveal Material Facts (MCL 445.903(1)(s))

94. Plaintiff incorporates by reference all preceding paragraphs.

95. Defendant's conduct constitutes a violation of MCL 445.903(1)(s) of the Michigan Consumer Protection Act, which prohibits: "Failing to reveal a material fact, the omission of which tends to mislead or deceive the consumer, and which fact could not reasonably be known by the consumer."

96. On August 5, 2024, Plaintiff submitted a request to Defendant for her full consumer file disclosure, including proof of identity and address, as required under federal law.

97. Defendant failed to disclose that it would send only a partial report "credit report"rather than the full consumer file Plaintiff explicitly requested and was entitled to receive under federal law.

98. By omitting this critical information, Defendant misled Plaintiff into believing she had received her full consumer file disclosure, when in fact key data was omitted, including but not limited to:

  - Profiling data and inferences drawn from Plaintiff's information;

  - Identifiers and intermediary or vendor sources of information;

  - Contact information of entities that accessed or provided data to Defendant.

99. Plaintiff could not reasonably know that the report provided by Defendant was incomplete, as Defendant did not disclose that it had withheld key portions of her consumer file.

100. As a result of Defendant's omission of material facts, Plaintiff was unable to:

  - Verify the accuracy and completeness of her consumer file;

- Dispute inaccuracies that may have contributed to the denials of credit on September 11,2023 and January 8,2025.

- Exercise her rights under the Fair Credit Reporting Act to ensure fair and accurate reporting.

101. Defendant's omission of material facts caused Plaintiff to suffer significant harm, including:

- Emotional distress, sleep deprivation , anxiety, and stress due to her inability to access and correct her consumer data;

- Harm to her creditworthiness and financial uncertainty;

- Loss of enjoyment of life and discouragement from applying for credit.

102. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

103. Plaintiff seeks relief under MCL 445.911, including:

a. Statutory Damages: $250 per violation or actual damages, whichever is greater;

b. Declaratory Judgment: A finding that Defendant's actions violated the MCPA;

c. Injunctive Relief: An order compelling Defendant to provide complete consumer file disclosures and adopt transparent and reasonable practices for responding to file disclosure requests;

d. Reasonable attorney's fees and costs as permitted under the MCPA.

### Count XII. : Defendant's Violation of the Michigan Consumer Protection Act (MCPA) (§ 445.903)(1)(bb): Misrepresentation of Facts

104. Plaintiff incorporates by reference all preceding paragraphs.

105. Defendant's continued reporting of inaccurate information in Plaintiff's credit file constitutes a misrepresentation of material facts in violation of § 445.903(1)(bb).

106. This misrepresentation significantly impacted Plaintiff's ability to obtain credit, as creditors relied on inaccurate reports indicating "serious delinquency" and "number of accounts with delinquency" that resulted in denials.

107. Defendant's actions resulted in Plaintiff being denied credit on multiple occasions, experiencing financial harm, and enduring emotional distress caused by confusion and frustration.

108. Actual damages for financial losses and emotional distress caused by Defendant's misrepresentation of facts.

109. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

110. Plaintiff seeks relief under MCL 445.911, including:

a. Statutory damages of $250 or greater as permitted by the MCPA.

b. Injunctive relief requiring Defendant to correct inaccuracies in Plaintiff's file and ensure compliance with § 445.903(1)(bb).

c. Reasonable attorney's fees and costs if applicable.

## Count XIII. : MCPA § 445.903(1)(x): Defendant's Taking Advantage of Consumer's Inability to Protect Interests

111. Plaintiff incorporates by reference all preceding paragraphs.

112. Defendant's actions, including failing to disclose material information and refusing to correct inaccuracies in Plaintiff's credit file, constitute a violation of § 445.903(1)(x).

113. Defendant took advantage of Plaintiff's limited ability to verify and dispute the inaccurate information effectively, causing significant harm.

114. Plaintiff relied on Defendant's reporting to be accurate and complete but was unable to correct the inaccuracies despite repeated attempts.

115. Defendant's conduct caused Plaintiff financial harm through repeated credit denials, emotional distress from the inability to resolve inaccuracies, and reputational damage.

116. Plaintiff could not have reasonably avoided these harms, as Defendant's systemic failures and refusal to comply with federal obligations deprived her of the ability to protect her interests.

117. Plaintiff seeks relief under MCL 445.911 including:

a. Actual damages for financial losses and emotional distress caused by Defendant's violations

b. Statutory damages of $250 or greater as permitted by the MCPA

c. Reasonable attorney's fees and court costs if applicable

118. Injunctive relief requiring Defendant to correct inaccuracies in Plaintiff's file and ensure compliance with § 445.903(1)(x)

### V. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendant for each violation of the Fair Credit Reporting Act;

B. Enter judgment in favor of Plaintiff and against Defendant for each violation of the Michigan Consumer Protection Act;

C. Award Plaintiff actual damages  including but not limited to reputational harm, anxiety, stress, harm to credit worthiness, loss of enjoyment of life, and other emotional distress resulting from Defendant's repeated failures to comply with its obligations;

D. Award Plaintiff punitive damages that reflect the grossly negligent and willful noncompliance of the Defendant pursuant to 15 U.S.C. § 1681n and statutory damages $1,000 per violation for Defendant's willful violations;

E. Award Plaintiff actual damages, including but not limited to emotional distress and harm to creditworthiness, pursuant to 15 U.S.C. § 1681o for Defendant's negligent noncompliance;

F. Declare that Defendant's actions violated the Fair Credit Reporting Act, the Michigan Consumer Protection Act, and other applicable laws;

G. Award Plaintiff the costs of this action;

H. Grant injunctive relief requiring Defendant to provide a complete and accurate disclosure of Plaintiff's consumer file, and requiring Defendant to correct inaccuracies in Plaintiff's file and ensure compliance with § 445.903(1)(x);

I. Any other relief the court deems just and proper;

## VI. Trial by Jury Demand

Plaintiff demands a trial by jury on all issues so triable. Plaintiff asserts that sufficient evidence supports each claim, demonstrating the substantial harm caused by Defendant's actions and omissions.

Respectfully submitted,

/s/ Rachel Jones

Rachel Jones, pro se

25654 Deborah

Redford, MI 48239

812-573-8661

rmjones86@gmail.com

Dated: 1/13/2025

**Notice this page becomes evidence including the cover page to**

**Exhibit evidence for record**

**Case/account:** Rachel Jones US. Experian Information Solutions Inc.

**Exhibit** A .

**Notice this exhibit as:**

Full file Disclosure Request sFast to Defendant

**Respectfully deposited to be marked and admitted as**

**Evidence for** Rachel Jones / Plaintiff .

**Expressed date:** 1/13/25 .

**Affiant attest to the facts hereon provided to the best of my knowledge,**

**By:** Rachel Jones **without recourse.**

Page **1** of **1**

RACHEL JONES
25654 DEBORAH
REDFORD, MI 48239
rmjones86@gmail.com
812-573-8661
DOB 11/22/1986
LAST 4 SSN 9161

EXPERIAN
PO BOX 4500
ALLEN, TX 75013

8/5/2024

## FULL FILE DISCLOSURE VERIFIABLE REQUEST

Dear EXPERIAN,

I Jones, Rachel, am writing to request by mail my FULL CONSUMER FILE at EXPERIAN. Please disclose all information in my file and its source(s) including both the original and any intermediary or vendor source(s).
In addition I am requesting:

1 The identification of each person that procured a consumer report on me.

2 The name trade name,address, and telephone number of each person identified.

3 A record of all inquiries received by EXPERIAN in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I DID NOT initiate

This is a VERIFIABLE REQUEST for my FULL CONSUMER FILE to include all OBSOLETE and ARCHIVED INFORMATION as permitted by FAIR CREDIT REPORTING ACT This is my first FULL FILE DISCLOSURE request for this calendar year from EXPERIAN Please mask the first five digits of my SSN in any correspondence to me.

I declare under penalty of perjury that the foregoing is true and correct and Executed on 08/05/2024

**ATTACHED: Copy of US PASSPORT for identification purposes,Copy of bank statement for address verification purposes.**





**PSECU**

Account Balances at a Glance

Welcome **Home** **MORTGAGE OPTIONS** **PSECU**
FOR PA PROPERTIES

REGULAR SHARE ID 0501

**Notice this page becomes evidence including the cover page to**

**Exhibit evidence for record**

Case/account: _Rachel Jones US Experian Information Solutions, Inc_

Exhibit _B_ .

**Notice this exhibit as:**

_Tracking and confirmation delivery of Plaintiff FullFile Request_

**Respectfully deposited to be marked and admitted as**

Evidence for _Rachel Jones ( Plaintiff_

Expressed date: _1/13/25_ .

**Affiant attest to the facts hereon provided to the best of my knowledge,**

By: _Rachel Jones_ without recourse.

Case 2:25-cv-10114-MAG-APP   ECF No. 1, PageID.34   Filed 01/13/25   Page 34 of 100

 usps tracking   ✕  🎤  📷  🔍    ⚗  ⠿

All   Images   Shopping   Forums   Videos   News   Web   ⋮ More                    Tools

**Track your package**                                                      ⋮
Data provided by USPS

Tracking number 9510813522034220889242

**Delivered** ⊘
August 10, 01:05PM
Allen, TX

🌐    View details on USPS

📞    Call 1-800-275-8777

🚚    Track another package

📮    USPS
      https://tools.usps.com  ⋮

# USPS Tracking

## USPS.com® - USPS Tracking
USPS Tracking®. Tracking FAQs. Icon of a mailman. Track ...

## Where is my package?
Learn about USPS® package tracking statuses and find out ...

## Canada Post strike
Canada Post strike ... The U.S. Postal Service will resume ...

## Passports
Step 3: Mail Your Renewal Application. Department of State ...

**Notice this page becomes evidence including the cover page to**

**Exhibit evidence for record**

**Case/account:** _Rachel Jones vs. Experian Information Solutions Inc_

**Exhibit** _C_ .

**Notice this exhibit as:**

_Plaintiff 2nd request for full file Disclosure complaint and_

**Respectfully deposited to be marked and admitted as** _Defendant response_

**Evidence for** _Rachel Jones/ Plaintiff._

**Expressed date:** _1/13/25_ .

**Affiant attest to the facts hereon provided to the best of my knowledge,**

**By:** _Rachel Jones_ **without recourse.**

 An official website of the United States Government

**Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

Start a new complaint

 ‹ All complaints (.)

# 240826-15766073

**CLOSED**

 **Submitted**

**STATUS**

Submitted to the CFPB on 8/26/2024

**PRODUCT**

Credit reporting or other personal consumer reports

**ISSUE**

Unable to get your credit report or credit score

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

8/07/2024 I Jones, Rachel sent a verifiable request to EXPERIAN by certified mail for a copy of my FULL FILE DISCLOSURE including a copy of my US PASSPORT and a bank statement for address verification. 8/21/2024 a CREDIT REPORT was sent to me which wasn't what I originally requested. All information required to request a full file disclosure was submitted with the original request. Please review all attachments as this is a 2nd attempt to request my FULL FILE DISCLOSURE from EXPERIAN.

View full complaint ⊕

**ATTACHMENTS**

RACHEL JONES (8).pdf (2.4 MB)

cfpb_fair-credit-reporting-file-disclosure_2024-01.pdf (244.5 KB)

Allen. TX 75013.pdf (431.5 KB)

**Sent to company**

**STATUS**

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your

STATUS
Sent to company
on 8/26/2024

complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

STATUS

Company response is in progress as of 9/9/2024

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Thank you for submitting your complaint on August 26, 2024, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We will review your complaint and act accordingly. Once the review is completed a final response will be forwarded to you to view.  For additional assistance, you may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian.  Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experian's dispute center by visiting www.experian.com/dispute. Thank you for submitting your complaint through the CFPB Complaint Portal. It is our policy to respond to consumer disputes swiftly and to take each one seriously. We appreciate you letting us know about your experience with Experian. Experian's Official Credit Advice Blog Credit advice with readers' questions answered by Experian's experts. Popular topics from credit reports and scores to life events, id theft and fraud.

## Company responded

STATUS

### Company's Response

Thank you for submitting your complaint on August 26, 2024, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their

**Company responded on 10/24/2024**

**RESPONSE TYPE**

Closed with explanation

consumers who take the time to let us know about their experiences with our company. We have reviewed your concerns and the information you provided including the three attachments you have supplied through the Portal and directly to Experian. In your complaint you requested a copy of your Experian consumer credit report. The Experian credit report was sent as requested. You may be entitled to a free copy of your personal credit report if you meet any of the following conditions: • Have received a notice within the last 60 days that you have been denied credit, insurance, employment, rental housing opportunities, or • Have been adversely affected based on information from Experian • You certify in writing that you are unemployed and plan to seek employment within the next 60 days or you are on public welfare assistance Contact information: By telephone: 1-888-EXPERIAN (1 888 397-3742) By mail: Experian P.O. Box 2002, Allen, TX 75013 By our document upload service: experian.com/upload Please include the following with your request: • One copy of a government issued identification card, such as a driver's license, state ID card, etc. displaying your current address, and • One copy of a current utility bill, bank or insurance statement, etc. Please also include the following identification information: • Your full name including middle initial (and generation - JR, SR, II, III) • Social Security number • Date of birth • Complete addresses for the past two years Make sure that each copy is legible and displays your name and current mailing address and the date of issue. We are unable to accept voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof. To protect your personal identification information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents. You may also submit your request or documents supporting your claim electronically at experian.com/upload. Consumers also may be entitled to a free annual credit report from each of the nationwide consumer credit reporting agencies when the report is requested at www.annualcreditreport.com or 1 (877) 322-8228, or in writing to: Annual Credit Report Request Service P.O. Box 105281 Atlanta, GA 30348-5281

## Feedback requested

**STATUS**

Feedback

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and

requested on 10/24/2024

**FEEDBACK DUE**

12/23/2024

 Closed     The CFPB has closed your complaint.



## Privacy Act Statement

## OMB #3170-0011

## Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

PO Box 9701
Allen, TX 75013



0004375   02 M60420  TA0160  150 1202 48239 1745A4   C02304424 1
RACHEL MARIE JONES
25654 DEBORAH
REDFORD MI 48239-1745



# Your Credit Report

Report # 2729-5772-85 for **Aug 30, 2024**



# Hi, Rachel Marie. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

### Payment History
*43% of your accounts always paid as agreed*

Payment history makes up to **35%** of your score. This is the most important factor in your credit score.

***Even one missed or late payment can negatively impact your credit score.***

### Amount of Debt
*You have 101% revolving credit utilization*

Amount of Debt makes up **30%** of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

***The lower the percentage, the better.***

### Amount of New Credit
*You have initiated 4 credit application(s) in the past year*

Amount of New Credit makes up to **10%** of your score. Each credit or loan application counts as a hard inquiry on your report

*Too many in too short a time can lower your credit score.*

**POOR**

# 564
## FICO

### Credit History Length
*Your average account age is 5.8 years*

Credit History Length makes up **15%** of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

***A longer active credit history is better for your score.***

### Credit Mix
*Different Types of accounts*

Credit Mix makes up 10% of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

***Repaying a variety of debt products indicates the borrower can handle all sorts of credit.***

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com

# Credit Report Insights (7) Accounts total

This report summary was created just for you. This is used to show what may help and hurt your report.

## 👍 What May Be Helping...



**👍 3**
ACCOUNTS PAID AS AGREED

**👍 43%**
OF ACCOUNTS PAID AS AGREED



Good

Fair

Very Good

Poor 300-579

Exceptional

**564**
FICO
Experian data August 30, 2024

300                    850

Get more out of your score and report with a free online account. visit experian.com/view.

## ⚠ What May Be Hurting...



**⚠ 4**
POTENTIALLY NEGATIVE ACCOUNTS

**⚠ 57%**
OF POTENTIALLY NEGATIVE ACCOUNTS

**⚠ 0**
COLLECTIONS ACCOUNTS

**⚠ 101%**
REVOLVING CREDIT UTILIZATION

**⚠ 0**
BANKRUPTCIES

## Your Financial Profile...

Let's talk about how banks and lenders may see you, so that you can take control of your financial story.

*Nice job making some payments on time. Make sure to pay all your accounts on time because late payments can stay on your credit report for 7 years.*

*Ideal credit utilization is 30 percent and under. Work on paying down your revolving credit balances to lower your credit utilization rate.*

*Did you know that Experian Boost is a tool we offer that when you connect your utility and mobile bills you are already paying, can instantly boost your score.*

### Did you know you may instantly raise your FICO® Score

See if your FICO® Score will get an instant boost by adding your utility and phone payment history to your Experian credit file.



experian  Boost

Create your free account at experian.com/scoreboost
Results may vary. See Experian.com for details

FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries.
The FICO credit characteristic values provided in the boxes above may include special treatment logic that results in certain credit bureau report information being excluded from the calculation.

7202-02-00-0004376-0005-0026743

RACHEL MARIE JONES Report # 2729-5772-85 for 08/30/24



# Did You Know?

***Personal statements you've asked us to include*** You've given us the following statement to include every time a company asks us for your credit report "ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 812 573 8661 OR EVENING 313 523-1707 . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 04-01-22"

# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies) . . . . . . . . . . . . 3

Your Positive Account Activity. . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . 7

Your Personal Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

How to Contact Experian. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

# Payment History Legend

| | | | | |
|---|---|---|---|---|
| **OK** Current / Terms met | Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| Past due 90 Days | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**APPLE CARD/GS BANK USA** Partial Acct # 120001205138....
LOCKBOX 6112 P.O. BOX 7247 PHILADELPHIA PA 19170; (877) 255 5923

**Status (Jan 2023)** Account charged off. $5,150 written off. $5,150 past due as of Jul 2024

| | |
|---|---|
| **Date opened** Dec 2021 | **Terms** Not reported |
| **Address ID #** 0109821319 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $4,500 |
| **Responsibility** Individual | **High balance** $5,150 |

**Recent balance** $5,150 as of Jul 2024

This account is scheduled to continue on record until Apr 2029

**Comment** Account previously in dispute - investigation complete. reported by data furnisher

This item was updated from our processing of your dispute in May 2023

**Payment history: Nov 2021 - Jul 2024**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | OK | OK | OK | OK | OK | OK | OK | | | | | |
| 2021 | | | | | | | | | | | OK | OK |

**Comment History**

Account previously in dispute - investigation complete. reported by data furnisher| Jun 2024 - Jul 2023 | May 2023 | Mar 2023 | Jan 2023 - Oct 2022 | Jun 2022 - May 2022

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2023 | Sep 2022 - Jul 2022

Your Potentially Negative Account Activity (Continued)

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 |
| Date Payment Received | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | May23 | Mar23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,150 | $5,150 | $5,150 | $5,150 | $5,014 | $4,936 | $4,833 | $4,732 |
| Date Payment Received | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 | 06 30 22 |
| Scheduled Payment Amount | No Data | No Data | No Data | $151 | $154 | $144 | $144 | $139 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |



---

# PA STATE EMPLOYEES CREDIT UNION Partial Acct #
8438840798L....
1500 ELMERTON AVE HARRISBURG PA 17110; (717) 234 8484

**Status (May 2023)** Account charged off.
$24,910 written off. $27,421 past due as of Jul 2024.

**Date opened**
Apr 2022

**Address ID #**
0109821319

**Type**
Credit card

**Responsibility**
Individual

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
$25,000

**High balance**
$27,421

**Recent balance**
$27,421 as of Jul 2024

This account is scheduled to continue on record until Aug 2029

**Comment**
Account previously in dispute - investigation complete; reported by data furnisher

**Comment:**
Account closed at credit grantor's request

This item was updated from our processing of your dispute in May 2023.

**Payment history:** Apr 2022 - Jul 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2023 | | | ND | | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | | | | | OK | OK | OK | OK | OK | OK | OK | OK |

**Comment History**
Account previously in dispute - investigation complete; reported by data furnisher | Jun 2024 - Apr 2023
Account closed at credit grantor's request | Jun 2024 - Apr 2023

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 |
| Date Payment Received | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr23 | Feb23 | Jan23 | Dec22 | Nov22 | Nov22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $24,883 | $26,637 | $26,267 | $25,896 | $25,536 | $25,219 | $25,933 | $25,603 |
| Date Payment Received | 10 31 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 07 01 22 | 06 25 22 | 06 25 22 |
| Scheduled Payment Amount | $540 | $532 | $525 | $517 | $510 | $510 | $518 | $512 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $317 | $659 | No Data | No Data |

Between Aug 2022 and Jul 2024 your credit limit/high balance was $25,000

---

# PA STATE EMPLOYEES CREDIT UNION Partial Acct #
8438840798L....
1500 ELMERTON AVE HARRISBURG PA 17110; (717) 234 8484

**Status (Dec 2022)** Account charged off.
$14,830 written off. $14,830 past due as of Jul 2024.

**Date opened**
May 2022

**Address ID #**
0109821319

**Type**
Unsecured

**Responsibility**
Individual

**Terms**
68 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$15,000

**High balance**
Not reported

**Recent balance**
$14,830 as of Jul 2024

This account is scheduled to continue on record until Mar 2029

**Comment**
Account previously in dispute - investigation complete; reported by data furnisher

This item remained unchanged from our processing of your dispute in May 2023

**Payment history:** Apr 2022 - Jul 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | | | | | OK | OK | OK | | | | | CO |

## Your Potentially Negative Account Activity (Continued)

### Comment History

Account previously in dispute - investigation complete, reported by data furnisher| Jun 2024 - Apr 2023

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 |
| Date Payment Received | 08.01.22 | 03.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr23 | Apr23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 |
| Date Payment Received | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | $300 | $300 | $300 | $300 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $7 |

The original amount of this account was $15,000

---

## PA STATE EMPLOYEES CREDIT UNION Partial Acct # 8438840798L....
1500 ELMERTON AVE HARRISBURG PA 17110; (717) 234 8484

**Status (Jan 2023)** Account charged off. $49,221 written off. $49,221 past due as of Jul 2024.

**Date opened**
May 2022

**Address ID #**
0109821419

**Type**
Auto Loan

**Responsibility**
individual

**Terms**
60 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$49,973

**High balance**
Not reported

**Recent balance**
$49,221 as of Jul 2024

This account is scheduled to continue on record until Apr 2029

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

This item remained unchanged from our processing of your dispute in May 2023

**Payment history: Apr 2022 - Jul 2024**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | | | | | OK | OK | OK | OK | | | | |

### Comment History

Account previously in dispute - investigation complete, reported by data furnisher| Jun 2024 - Apr 2023

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 |
| Date Payment Received | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr23 | Apr23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 |
| Date Payment Received | 06.16.22 | 06.01.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | $942 | $942 | $942 | $942 | $942 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $49,973

# 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

Your Positive Account Activity (Continued)

## MACYS/CBNA Partial Acct # 603534055159....
PO BOX 6789 SIOUX FALLS SD 57117, (800) 243 6552

Status (Aug 2024) Open/Never late.



| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| | Sep 2002 | 0101-0510 | amount $2,700 | $0 (balance of Aug, 024 | Joint with |
| Terms | Monthly payment | High balance | | | NISHA... MON |
| | $0 | $2,100 | | | |

## MICHIGAN FIRST CU Partial Acct # 30104409L....
7700 PURITAN ST DETROIT MI 48238, (313) 345 7200

Status (Dec 2017) Paid, Closed/Never late.

| Type | Date opened | High balance | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Secured Loan | Aug 2017 | Not reported | amount $500 | Not reported | Individual |
| Terms | Monthly payment | | | | This account was closed |
| 6 Month | Not reported | | | | to consumer, paid in full and Dec 2021 |

This account was previously in a dispute, but that dispute was resolved and you requested in Apr 2021

## SALLIE MAE INC Partial Acct # 585250005218....
PO BOX 3229 WILMINGTON DE 19804; No phone # available

Status (Aug 2024) Open/Never late.
Deferred, payments begin Nov 2027.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Education Loan | Aug 2022 | 01098/1510 | amount $4,236 | $5,206 as of Aug 2024 | Joint with |
| Terms | Monthly payment | High balance | | | JAYLYN JONES |
| Not reported | $0 | Not reported | | | |

**Comment History**
Deferred| Jul 2024 - Sep 2022

| | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,245 | $5,197 | $5,147 | $5,099 | $5,049 | $5,003 | $4,953 | $4,903 | $4,855 | $4,805 | $4,757 | $4,707 | $4,657 | $4,608 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $4,558 | $4,510 | $4,460 | $4,415 | $4,365 | $2,209 | $2,184 | $2,159 | $2,135 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $4,236.

## US BANK Partial Acct # 37251500292....
PO BOX 108 SAINT LOUIS MO 63166, (866) 234 4750

Status (Jul 2024) Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Jan 2015 | 0101060135 | amount $14,000 | $0 as of Jul 2024 | Authorized user |
| Terms | Monthly payment | High balance | Recent payment | | |
| Not reported | $0 | $10,467 | $76 as of 07/17/2024 | | |

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $41 | $0 | $29 | $217 | $2,085 | $2,873 | $286 | $511 | $843 | $2,022 | $1,718 | $340 | $3,259 |
| Date Payment Received | 06 26 24 | 05 21 24 | 04 26 24 | 03 27 24 | 02 29 24 | 01 12 24 | 12 20 23 | 11 29 23 | 10 26 23 | 09 08 23 | 08 28 23 | 06 30 23 | 06 30 23 | 05 24 23 |
| Scheduled Payment Amount | $0 | $0 | $0 | $29 | $36 | $40 | $40 | $40 | $52 | $40 | $40 | $40 | $40 | $40 |
| Actual Amount Paid | $107 | $160 | $187 | $429 | $2,275 | $2,000 | $500 | $1,212 | $1,000 | $1,700 | $3,490 | No Data | $3,450 | $780 |

Your Positive Account Activity (Continued)

| | Apr23 | Mar23 | Feb23 | Jan23 | Dec 22 | Nov22 | Oct22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $14 | $1,291 | $1,115 | $6,151 | $14.3 | $0 | $4,291 | $0 | $4,414 |
| Date Payment Received | 04 10 23 | 03 10 23 | 02 23 23 | 12 29 22 | 12 28 22 | 11 28 22 | 10 28 22 | 09 30 22 | 08 31 22 |
| Scheduled Payment Amount | $43 | $40 | $40 | $40 | $0 | $0 | $40 | $0 | $0 |
| Actual Amount Paid | $2,503 | $3,355 | $2,065 | No Data | $11,860 | $13,405 | $2,400 | $14,950 | $3,686 |



# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

**Hard inquiries** are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

⚠ Hard inquiries may stay on your report up to two years.

**SBA** 409 3RD ST SW WASHINGTON DC 20416 No phone # available                                    Mar 22, 2024
REASON: Business LOC
DURATION: This inquiry is scheduled to continue on record until Apr 2026.

**SBA** No phone # available                                                                      Mar 06, 2024
REASON: Business LOC
DURATION: This inquiry is scheduled to continue on record until Apr 2026.

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117                                    Oct 31, 2023
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Nov 2025.

**DISCOVER FINANCIAL SERVI** 12 READS WAY NEW CASTLE DE 19720 (800) 347 2683                      Sep 11, 2023
REASON: Unspecified
DURATION: This inquiry is scheduled to continue on record until Oct 2025.

**CUDL/CO-OP/ GENISYS CU** 2100 EXECUTIVE HILLS DR AUBURN HILLS MI 48326 No phone # available     Nov 19, 2022
REASON: Unsecured.
DURATION: This inquiry is scheduled to continue on record until Dec 2024.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

**Soft inquiries** are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

ⓘ Soft inquiries DO NOT impact your credit score.

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 08 24 24 | 08 21 24 | 08 17 24 | 08 14 24 | 08 10 24 | 08 07 24 | 08 03 24 | 07 31 24 | 07 22 24 | 07 24 24 | 07 20 24 | 07 17 24 | 07 13 24 | 07 10 24 | 07 06 24 | 07 03 24 | 06 29 24 | 06 26 24 | 06 22 24 | 06 19 24 | 06 15 24 | 06 12 24 | 06 08 24 | 06 01 24 | 05 29 24 | 05 25 24 | 05 22 24 | 05 18 24 | 05 15 24 | 05 11 24 | 05 08 24 | 05 04 24 | 05 01 24 | 04 27 24 | 04 24 24 | 04 20 24 | 04 17 24 | 04 13 24 | 04 10 24 | 04 06 24 | 04 03 24 | 03 30 24 | 03 23 24 | 03 20 24 | 03 16 24 | 03 13 24 | 03 09 24 | 03 06 24 | 03 02 24 | 02 28 24 | 02 24 24 | 02 21 24 | 02 17 24 | 02 14 24 | 02 10 24 | 02 07 24 | 02 03 24 | 01 17 24 | 01 24 24 | 01 20 24 | 01 17 24 | 01 13 24 | 01 10 24 | 01 06 24 | 01 03 24 | 12 30 23 | 12 27 23 | 12 23 23 | 12 20 23 | 12 16 23 | 12 13 23 | 12 09 23 | 12 06 23 | 12 02 23 | 11 29 23 | 11 25 23 | 11 22 23 | 11 18 23 | 11 15 23 | 11 13 23 | 11 08 23 | 11 04 23 | 11 01 23 | 10 28 23 | 10 25 23 | 10 21 23 | 10 18 23 | 10 14 23 | 10 11 23 | 10 07 23 | 10 04 23 | 09 30 23 | 09 27 23 | 09 23 23 | 09 20 23 | 09 16 23 | 09 13 23 | 09 09 23 | 09 06 23 | 09 02 23 | 08 30 23 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 305 5777 INQUIRY DATES: 08 22 24 | 08 20 24 | 08 19 24 | 08 17 24 | 08 16 24 | 08 15 24 | 08 13 24 | 08 10 24 | 08 09 24 | 08 08 24 | 08 04 24 | 08 03 24 | 08 02 24 | 08 01 24 | 07 22 24 | 07 21 24 | 07 20 24 | 07 19 24 | 07 18 24 | 07 07 24 | 06 20 24 | 06 19 24 | 05 19 24 | 05 08 24 | 05 06 24 | 05 05 24 | 05 04 24 | 05 02 24 | 05 01 24 | 04 26 24 | 04 25 24 | 04 24 24 | 04 22 24 | 04 19 24 | 04 11 24 | 04 10 24 | 04 08 24 | 04 03 24 | 04 02 24 | 04 01 24 | 03 25 24 | 03 24 24 | 03 22 24 | 03 20 24 | 03 07 24 | 03 06 24 | 03 05 24 | 03 04 24 | 03 03 24 | 03 02 24 | 03 01 24 | 02 29 24 | 02 24 24 | 02 22 24 | 02 18 24 | 02 07 24 | 02 06 24 | 02 04 24 | 02 02 24 | 02 01 24 | 01 21 24 | 01 20 24 | 01 13 24 | 01 10 24 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 08 21 24 | 08 14 24 | 08 12 24 | 08 09 24 | 08 07 24 | 08 02 24 | 07 31 24 | 07 24 24 | 07 23 24 | 07 03 24 | 06 19 24 | 06 12 24 | 06 05 24 | 05 29 24 | 05 22 24 | 05 15 24 | 05 08 24 | 05 01 24 | 04 24 24 | 04 17 24 | 04 10 24 | 04 03 24 | 03 27 24 | 03 20 24 | 03 13 24 | 03 06 24 | 02 28 24 | 02 21 24 | 02 14 24 | 02 07 24 | 01 31 24 | 01 24 24 | 01 17 24 | 12 27 23 | 12 20 23 | 12 13 23 | 12 06 23 | 11 29 23 | 11 22 23 | 11 15 23 | 11 06 23 | 11 01 23 | 11 01 23 | 10 31 23 | 10 25 23 | 10 18 23 | 10 16 23 | 10 11 23 | 10 10 23 | 10 04 23 | 10 04 23 | 09 27 23 | 09 20 23 | 09 13 23 | 09 06 23 | 08 30 23 |

**EXPERIAN** PO BOX 2002 ALLEN TX 75013 (888) 397 3711 INQUIRY DATES: 08 15 24 |

## Who Has Viewed Your Consumer Information (Continued)

JPMCB CH [illegible] **INQUIRY DATES** [illegible]

CITI COMMERCE SOLUTIONS [illegible] **INQUIRY DATES** [illegible]

EXPERIAN [illegible] No phone # available **INQUIRY DATES** [illegible]

EXPERIAN [illegible] **INQUIRY DATES** [illegible]

EXPERIAN [illegible] No phone # available **INQUIRY DATES** [illegible]

EXPERIAN CREDITMATCH [illegible] No phone # available **INQUIRY DATES** [illegible]

PA STATE EMPLOYEES CREDI [illegible] **INQUIRY DATES** [illegible]

CONSUMERINFO COM [illegible] No phone # available **INQUIRY DATES** [illegible]

JPMCB [illegible] **INQUIRY DATES** [illegible]

THE GOLDMAN SACHS GROUP [illegible] NEW YORK NY 10282 No phone # available **INQUIRY DATES** 07 18 24 |

EXPERIAN CREDITMATCH 4[illegible] ANTON BLVD [illegible] COSTA MESA CA 92626 No phone # available **INQUIRY DATES** 06 03 24 | 06 02 24 | 06 01 24 | 05 31 24 | [illegible dense inquiry date list]

STATE OF MI UIA/DELOITTE 222 N WASHINGTON SQ LANSING MI 48933 No phone # available **INQUIRY DATES** 05 07 24 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available **INQUIRY DATES** 03 22 24 | 03 06 24 | 10 31 23 | 09 11 23 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available **INQUIRY DATES** 03 22 24 | 03 06 24 | 03 05 24 | 01 04 24 | 10 31 23 | 10 04 23 | 09 11 23 |

PA STATE EMPLOYEES CREDIT UNION 1 [illegible] OVERTON AVE HARRISBURG PA 17110 (717) 234-8484 **INQUIRY DATES** 01 10 24 |

PATHWARD NA 5501 S BROADBAND LN SIOUX FALLS SD 57108 (866) 569-6382 **INQUIRY DATES** 01 05 24 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

ℹ️ Personal information DOES NOT impact your credit score at all.

## NAMES

| Name | |
|---|---|
| RACHEL JONES | Name ID # 1565 |
| RACHEL M JONES | Name ID # 1336 |
| RACHEL MARIE JONES | Name ID # 1447 |
| RACHAEL M JONES | Name ID # 3862 |

## ADDRESSES

| Address | |
|---|---|
| 25654 DEBORAH<br>DETROIT MI 48239 1745 | Geo Code 0156000 [illegible]<br>Address ID # 01099, 1379 Address Type Single Family |
| 25050 THORNDYKE ST<br>SOUTHFIELD MI 48033 7036 | Geo Code 0 001 0 [illegible]<br>Address ID # 01033 [illegible] Address Type Single Family |
| 37924 CORDOBA APT 420C<br>FARMINGTON HILLS MI 48334 3956 | Geo Code 1960 0030 125<br>Address ID # 01102 7503 Address Type Apartment Complex |
| 11196 KENTFIELD ST<br>DETROIT MI 48219 3453 | Geo Code [illegible] 11100 161 3547<br>Address ID # 01004 0574 Address Type Single Family |
| 19460 MAYFIELD AVE APT 204<br>LIVONIA MI 48152 1382 | Geo Code [illegible]<br>Address ID # 0102 7/0859 Address Type Apartment Complex |
| 19460 MAYFIELD AVE<br>LIVONIA MI 48152 4233 | Geo Code [illegible]<br>Address ID # 0102 7/0859 Address Type Multifamily |

## Your Personal Information (Continued)

| | |
|---|---|
| 16160 MAPLE AVE STE 11 LIVONIA MI 48152 | First Rpt 01/29/17 Address ID # 0761206361 Address Type Single Family |
| 22874 GATEWAY E DR FARMINGTON HILLS MI 48334 4920 | Geo Code 0 1466008912529163 Address ID # 0762206361 Address Type Single Family |
| 16800 H HUDSON DR UNIT EVATR SOUTHFIELD MI 48075 4975 | Geo Code 0 1622001012529 Address ID # 0762206361 Address Type Single Family |
| 23574 GATEWAY E DR AD 301 FARMINGTON HILLS MI 48334 4920 | First Code 0 1466008912529163 Address ID # 0743305277 Address Type Apartment complex |

### SOCIAL SECURITY NUMBER VARIATIONS

None

### YEAR OF BIRTH

1986

### TELEPHONE NUMBERS

| | |
|---|---|
| 248 255 6996 | Cellular |
| 248 821 7697 | Residential |
| 313 282 3660 | Cellular |

### FORMER OR CURRENT EMPLOYERS

ELITE BUSINESS CAPITOL  MGM GRAND

### NOTICES

Your date of birth indicates that credit may have been established before age 18

# How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

**CALL US**

**(833) 796 8634**
M - F 9am - 5pm in your time zone

**WRITE TO US**

Experian, NCAC
P O Box 2002
Allen, TX 75013

**GO ONLINE (for fastest results)**

Visit experian.com/disputes

  

Dispute Online
for faster results

Check Status
Online

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to:** www.consumerfinance.gov/learnmore **or write to:**

Consumer Financial Protection Bureau
1700 G Street N W , Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if. A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

## A Summary of Your Rights Under the Fair Credit Reporting Act (Continued)

**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**ACCESS TO YOUR FILE IS LIMITED.** A consumer reporting agency may provide information about you only to people with a valid need - usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.



**YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5OPTOUT (1-888-567-8688).

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**YOU MAY SEEK DAMAGES FROM VIOLATORS.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.** For more information, visit www.consumerfinance.gov/learnmore.

**STATE RIGHTS INFORMATION.** States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.

**FEDERAL RIGHTS INFORMATION.** For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here: https://www.experian.com/ECRA

**Notice this page becomes evidence including the cover page to**

**Exhibit evidence for record**

**Case/account:** Rachel Jones VS. Experian Information Solutions Inc

**Exhibit** D .

**Notice this exhibit as:**

Dispute letter sent to Defendant from Plaintiff

2 pages

**Respectfully deposited to be marked and admitted as**

**Evidence for** Rachel Jones / Plaintiff.

**Expressed date:** 1/13/25 .

**Affiant attest to the facts hereon provided to the best of my knowledge,**

**By:** Rachel Jones **without recourse.**

Page **1** of **1**

11/18/24, 1:39 PM

IMG_3366.jpg



Revoke POA; re affidavit of truth

4/19/2023

Dear Experian,

I checked my credit report and have found items incomplete and inaccurate I am disputing the completeness and accuracy of these items

- pennsylvania st emp cu - payment history inaccurate for 8/22, 10/22 11/22 2/23 3/23 last payment made date inaccurate, balance of $14,830 inaccurate please remove immediately.

- pennsylvania st emp cu - last payment date inaccurate, balance of $49,221 inaccurate payment history inaccurate for 8/22 9/22, 10/22, 11/22, 12/22 1/23 incomplete for 2/23 please remove account immediately.

- pennsylvania st emp cu - last payment date inaccurate, date closed inaccurate, payment history incomplete 2/23 payment history inaccurate 1/23, 12/22 balance of $26,657 inaccurate please remove this account immediately.

https://mail.google.com/mail/u/0/#sent/KtbxLvHcNNCrtHGhLDtLzjRbsWsxBtwNXq?projector=1&messagePartId=0.1

1/1

11/18/24, 1:39 PM

IMG_3367.jpg



- apple card gs bank USA - last payment made date inaccurate, payment history inaccurate 11/22, 12/22 balance of $5,150 inaccurate, date closed inaccurate. please remove this account immediately

- The Bureaus - balance of $1,006 inaccurate no payment history - incomplete, date of last payment inaccurate, date opened incomplete, please remove this account immediately.

Also please delete these inquiries as they have no permissible purpose as I have no accounts with these companies.
- CUDL/CO-OP/genisys cu 11/22
- community choice cu - 4/22
- public service cu way 4/22
- CAP ONE NA 2/22
- jpmcb card- 12/21
- us bus admin ocla - 11/21

These inaccuracies are damaging to my livelihood. Please within 30 days complete your investigation please provide by mail the descriptions of procedures you used to investigate these disputes within 30 days Please provide updated copy of credit report reflecting these changes within 30 days.
        Rachel Jones
25654 Deborah Redford, MI 48239
    11/22/1986 - dob
SSN 4184-9061

https://mail.google.com/mail/u/0/#sent/KtbxLvHcNNCrtHGhLDtLzjRbsWsxBtwNXq?projector=1&messagePartId=0.1

1/1

**Notice this page becomes evidence including the cover page to**

**Exhibit evidence for record**

**Case/account:** Rachel Jones vs. Experian Information Solutions Inc.

**Exhibit** E .

**Notice this exhibit as:**

Tracking and delivery confirmation of Plaintiff dispute letter 2 pages

**Respectfully deposited to be marked and admitted as**

**Evidence for** Rachel Jones/ Plaintiff.

**Expressed date:** 1/13/25 .

**Affiant attest to the facts hereon provided to the best of my knowledge,**

**By:** Rachel Jones **without recourse.**

Page **1** of **1**

11/18/24, 1:39 PM                                                IMG_8287.png

**3:14**                                                    ..ıl  LTE **5**

 **Upgrade to a smarter Gmail**
Secure, fast & organized email                          OPEN

'Usps....

This message has been modified to fit your screen. Tap here to show original.

UNITED STATES
POSTAL SERVICE

REDFORD
12245 BEECH DALY RD
REDFORD, MI 48239-9998
(800)275-8777

04/24/2023                                09:22 AM
---------------------------------------------------
Product              Qty      Unit    Price
                             Price
---------------------------------------------------
First-Class Mail®      1               $0.63
Letter
  Atlanta, GA 30374
  Weight: 0 lb 0.30 oz
  Estimated Delivery Date
    Thu 04/27/2023
  Certified Mail®                      $4.15
    Tracking #:
      70203160000220492970
Total                         $4.78

First-Class Mail®      1               $0.63
Letter
  Allen, TX 75013
  Weight: 0 lb 0.30 oz
  Estimated Delivery Date
    Fri 04/28/2023
  Certified Mail®                      $4.15
    Tracking #:
      70203160000220492963
Total                         $4.78

First-Class Mail®      1               $0.63
Letter
  Chester, PA 19016
  Weight: 0 lb 0.30 oz
  Estimated Delivery Date
    Thu 04/27/2023
  Certified Mail®                      $4.15
    Tracking #:
      70203160000220492956
Total                         $4.78

AA            🔒 mail.google.com              ↻

https://mail.google.com/mail/u/0/#sent/KtbxLvHcNNCrtHGhLDtLzjRbsWsxBtwNXq?projector=1&messagePartId=0.1          1/1

IMG_8288.png

**3:15**   .ı   LTE **5**

## Track your package
Data provided by USPS

Tracking number 70203160000220492963

## Delivered ⊘
April 27, 01:54PM
Allen, TX

🌐   View details on USPS

📞   Call 1-800-275-8777

🚚   Track another package

AA   🔒 Q usps tracking   🎙

‹   ⬆   📖   🗗

**Notice this page becomes evidence including the cover page to**

**Exhibit evidence for record**

**Case/account:** Rachel Jones vs Experian Information Solutions Inc

**Exhibit** OF .

**Notice this exhibit as:**

Defendant Response to Plaintiff 1st Full File Request

**Respectfully deposited to be marked and admitted as**

**Evidence for** Rachel Jones / plaintiff

**Expressed date:** 1/13/25 .

**Affiant attest to the facts hereon provided to the best of my knowledge,**

**By:** _Rachel Jones_ **without recourse.**

PO Box 9701
Allen, TX 75013



0002368    02 MB 0 571  **AUTO   140 7190 48239 174554    CO2 P0217 01
RACHEL MARIE JONES
25654 DEBORAH
REDFORD MI  48239-1745



# Your Credit Report

Report # 1113-5077-53 for **Aug 15, 2024**



# Hi, Rachel Marie. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

### Payment History
*29% of your accounts always paid as agreed*

Payment history makes up to **35%** of your score. This is the most important factor in your credit score.

***Even one missed or late payment can negatively impact your credit score.***

### Amount of Debt
*You have 101% revolving credit utilization*

Amount of Debt makes up 30% of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

***The lower the percentage, the better.***

### Credit History Length
*Your average account age is 5.8 years*

Credit History Length makes up 15% of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

***A longer active credit history is better for your score.***

### Amount of New Credit
*You have initiated 4 credit application(s) in the past year*

Amount of New Credit makes up to 10% of your score. Each credit or loan application counts as a hard inquiry on your report

*Too many in too short a time can lower your credit score*

### Credit Mix
*Different Types of accounts*

Credit Mix makes up 10% of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

**POOR**

**564**
FICO

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com

# Credit Report Insights (7) Accounts total

This report summary was created just for you. This is used to show what may help and hurt your report.

## 👍 What May Be Helping...



**👍 2**
ACCOUNTS PAID AS AGREED

**👍 29%**
OF ACCOUNTS PAID AS AGREED



Good
Fair
Very Good
Poor 300-579
Exceptional

## 564
FICO
Experian data August 15, 2024

300     850

Get more out of your score and report with a free online account. visit experian.com/view.

## ⚠ What May Be Hurting...

**⚠ 5**
POTENTIALLY NEGATIVE ACCOUNTS

**⚠ 71%**
OF POTENTIALLY NEGATIVE ACCOUNTS

**⚠ 0**
COLLECTIONS ACCOUNTS

**⚠ 101%**
REVOLVING CREDIT UTILIZATION

**⚠ 0**
BANKRUPTCIES

## Your Financial Profile...

Let's talk about how banks and lenders may see you, so that you can take control of your financial story.

*Nice job making some payments on time. Make sure to pay all your accounts on time because late payments can stay on your credit report for 7 years.*

*Ideal credit utilization is 30 percent and under. Work on paying down your revolving credit balances to lower your credit utilization rate.*

*Did you know that Experian Boost is a tool we offer that when you connect your utility and mobile bills you are already paying, can instantly boost your score.*

## Did you know you may instantly raise your FICO® Score

See if your FICO® Score will get an instant boost by adding your utility and phone payment history to your Experian credit file.



experian Boost

Create your free account at experian.com/scoreboost
Results may vary. See Experian.com for details

FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries.
The FICO credit characteristic values provided in the boxes above may include special treatment logic that results in certain credit bureau report information being excluded from the calculation.

7190-02-00-0002368-0006-0015853



070745087J

RACHEL MARIE JONES Report # 1113-5077-53 for 08/15/24

page 2 of 12

# Did You Know?

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

**Personal statements you've asked us to include** You've given us the following statement to include every time a company asks us for your credit report. ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 812-573-8661 OR EVENING 313-523-1707. THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 04-01-22.

# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies) . . . . . . . . . . . . . . . 3

Your Positive Account Activity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . . . 7

Your Personal Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

How to Contact Experian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** | Current / Terms met | | Past due 150 Days | **VS** | Voluntarily surrendered | **D** | Defaulted on contract |
| | Past due 30 Days | **180** | Past due 180 Days | **R** | Repossession | **C** | Collection |
| | Past due 60 Days | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| | Past due 90 Days | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| | Past due 120 Days | **F** | Foreclosure | **G** | Claim filed with government | **ND** | No data for this period |

#  Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

Your Potentially Negative Account Activity (Continued)

## APPLE CARD/GS BANK USA Partial Acct # 120001205138....
LOCKBOX 6112 P O  BOX 7247 PHILADELPHIA PA 19170; (877) 255 5923

**Status (Jan 2023)** Account charged off
$5,150 written off  $5,150 past due as of Jul 2024

| | |
|---|---|
| **Date opened** Dec 2021 | **Terms** Not reported |
| **Address ID #** (various) | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $4,500 |
| **Responsibility** Individual | **High balance** $5,150 |

**Recent balance**
$5,150 as of Jul 2024

This account is scheduled to continue on record until Apr 2029

**Comment**
Account previously in dispute - investigation complete; reported by data furnisher

This item was updated from our processing of your dispute in May 2023

**Payment history:** Nov 2021 - Jul 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | OK | OK | OK | OK | OK | OK | OK | | | | | |
| 2021 | | | | | | | | | | | OK | OK |

### Comment History
Account previously in dispute - investigation complete; reported by data furnisher| Jun 2024 - Jul 2023 | May 2023 | Mar 2023 | Jan 2023 - Oct 2022 | Jun 2022
   May 2022
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)| Jun 2023 | Sep 2022 - Jul 2022

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 | $5,150 |
| Date Payment Received | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | May23 | Mar23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,150 | $5,150 | $5,150 | $5,150 | $5,039 | $4,936 | $4,833 | $4,737 |
| Date Payment Received | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | $153 | $154 | $144 | $144 | $139 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

## MICHIGAN FIRST CU Partial Acct # 30104409L....
7700 PURITAN ST DETROIT MI 48238, (313) 345 7200

**Status (Dec 2017)** Paid, Closed

| | |
|---|---|
| **Date opened** Aug 2017 | **Terms** 6 Months |
| **Type** Secured Loan | **Monthly payment** Not reported |
| **Responsibility** Individual | **Credit limit or original amount** $500 |
| | **High balance** Not reported |

**Recent balance**
Not reported

This item remained unchanged from our processing of your dispute in Apr 2023

**Payment history:** Sep 2017 - Dec 2017

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | OK | OK | | CLS |

Your Potentially Negative Account Activity (Continued)

## PA STATE EMPLOYEES CREDIT UNION Partial Acct #
8438840798L....
1500 ELMERTON AVE HARRISBURG PA 17110; (717) 234 8484

**Status (May 2023)** Account charged off
$24,910 written off, $27,421 past due as of
Jul 2024

| | |
|---|---|
| **Date opened** Apr 2022 | |
| **Address ID #** 0109821319 | |
| **Type** Credit Line | |
| **Responsibility** Individual | |

**Terms** Not reported

**Monthly payment** Not reported

**Credit limit or original amount** $25,000

**High balance** $27,421

**Recent balance** $27,421 as of Jul 2024

This account is scheduled to continue on record until Aug 2020

**Comment** Account previously in dispute - investigation complete, reported by data furnisher

**Comment:** Account closed at credit grantor's request

This item was updated from our processing of your dispute in May 2023

**Payment history: Apr 2022 - Jul 2024**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2023 | | ND | | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### Comment History
Account previously in dispute - investigation complete, reported by data furnisher| Jun 2024 - Apr 2023
Account closed at credit grantor's request | Jun 2024 - Apr 2023

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 | $27,421 |
| Date Payment Received | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr23 | Feb23 | Jan23 | Dec22 | Nov22 | Nov22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $24,883 | $26,642 | $26,262 | $25,896 | $25,635 | $25,219 | $25,933 | $25,603 |
| Date Payment Received | 10.31.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 07.01.22 | 06.25.22 | 06.25.22 |
| Scheduled Payment Amount | $540 | $532 | $525 | $517 | $510 | $510 | $518 | $512 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $317 | $659 | No Data | No Data |

Between Aug 2022 and Jun 2024, your credit limit/high balance was $25,000

## PA STATE EMPLOYEES CREDIT UNION Partial Acct #
8438840798L....
1500 ELMERTON AVE HARRISBURG PA 17110; (717) 234 8484

**Status (Dec 2022)** Account charged off
$14,830 written off, $14,830 past due as of
Jul 2024

| | |
|---|---|
| **Date opened** May 2022 | |
| **Address ID #** 0109821319 | |
| **Type** Unsecured | |
| **Responsibility** Individual | |

**Terms** 68 Months

**Monthly payment** Not reported

**Credit limit or original amount** $15,000

**High balance** Not reported

**Recent balance** $14,830 as of Jul 2024

This account is scheduled to continue on record until Mar 2029.

**Comment** Account previously in dispute - investigation complete, reported by data furnisher

This item remained unchanged from our processing of your dispute in May 2023

**Payment history: Apr 2022 - Jul 2024**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | | | | OK | OK | OK | | | | | | CO |

### Comment History
Account previously in dispute - investigation complete, reported by data furnisher| Jun 2024 - Apr 2023

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 |
| Date Payment Received | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

## Your Potentially Negative Account Activity (Continued)

| | Apr23 | Apr23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,830 | $14,850 | $14,830 |
| Date Payment Received | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 | 08.01.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | $300 | $300 | $300 | $300 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $7 |

The original amount of this account was $14,830

---

### PA STATE EMPLOYEES CREDIT UNION Partial Acct # 8438840798L....
1500 ELMERTON AVE HARRISBURG PA 17110; (717) 234 8484

**Status (Jan 2023)** Account charged off. $49,221 written off. $49,221 past due as of Jul 2024.

| | |
|---|---|
| **Date opened** May 2022 | **Terms** 60 Months |
| **Address ID #** 0109821319 | **Monthly payment** Not reported |
| **Type** Auto Loan | **Credit limit or original amount** $49,973 |
| **Responsibility** Individual | **High balance** Not reported |

**Recent balance** $49,221 as of Jul 2024

This account is scheduled to continue on record until Apr 2029.

**Comment**
Account previously in dispute - investigation complete; reported by data furnisher

This item remained unchanged from our processing of your dispute in May 2023

**Payment history: Apr 2022 - Jul 2024**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | | | | | OK | OK | OK | OK | | | | |

### Comment History
Account previously in dispute - investigation complete; reported by data furnisher| Jun 2024 - Apr 2023

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 |
| Date Payment Received | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr23 | Apr23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 | $49,221 |
| Date Payment Received | 06.16.22 | 06.01.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 | 06.16.22 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | $942 | $942 | $942 | $942 | $942 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $49,973

---

# 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

### MACYS/CBNA Partial Acct # 603534055159....
PO BOX 6789 SIOUX FALLS SD 57117; (800) 243 6552

**Status (Jul 2024)** Open/Never late.

| | |
|---|---|
| **Type** Charge Card | **Date opened** Sep 2002 | **Address ID #** 0101660135 |
| **Terms** Not reported | **Monthly payment** $0 | **High balance** $2,155 |

**Credit limit or original amount** $2,700

**Recent balance** $0 paid as of Jul 2024

**Responsibility** Joint with SHELIA G MOTT

---

Your Positive Account Activity (Continued)

**SALLIE MAE INC** Partial Acct # 585250005218....
PO BOX 3229 WILMINGTON DE 19804, No phone # available

Status (Jul 2024) Open/Never late.
Deferred, payments begin Nov 2027

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Installment | Aug 2022 | 0109021315 | amount | $5,245 as of Jul 2024 | Joint with |
| Terms | Monthly payment | High balance | $4,236 | | JAYLYN JONES |
| Not reported | $0 | Not reported | | | |

**Comment History**
Deferred Jun 2024 - Sep 2022

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,147 | $5,147 | $5,099 | $5,049 | $5,003 | $4,953 | $4,903 | $4,855 | $4,805 | $4,757 | $4,707 | $4,657 | $4,608 | $4,558 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $4,510 | $4,460 | $4,415 | $4,365 | $2,209 | $2,184 | $2,159 | $2,135 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $4,236

**US BANK** Partial Acct # 37251500292....
PO BOX 108 SAINT LOUIS MO 63166; (866) 234 4750

Status (Jul 2024) Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Jan 2015 | 0101660135 | amount | $0 as of Jul 2024 | Authorized user |
| Terms | Monthly payment | High balance | $14,000 | | |
| Not reported | $0 | $10,387 | Recent payment | | |
| | | | $26 as of 07/17/2024 | | |

| | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 | Jun23 | May23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $41 | $0 | $29 | $217 | $2,085 | $2,873 | $286 | $511 | $843 | $2,022 | $1,718 | $340 | $3,259 |
| Date Payment Received | 06.26.24 | 05.21.24 | 04.26.24 | 03.27.24 | 02.29.24 | 01.12.24 | 12.20.23 | 11.29.23 | 10.26.23 | 09.08.23 | 08.28.23 | 06.30.23 | 06.30.23 | 05.24.23 |
| Scheduled Payment Amount | $0 | $0 | $0 | $29 | $36 | $40 | $40 | $40 | $52 | $40 | $40 | $40 | $40 | $40 |
| Actual Amount Paid | $107 | $160 | $187 | $429 | $2,275 | $2,000 | $500 | $1,212 | $1,000 | $1,700 | $3,490 | No Data | $3,450 | $790 |

| | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $746 | $1,291 | $1,115 | $2,354 | $1,421 | $0 | $4,791 | $0 | $6,314 |
| Date Payment Received | 04.10.23 | 03.10.23 | 02.23.23 | 12.28.22 | 12.28.22 | 11.28.22 | 10.28.22 | 09.30.22 | 08.31.22 |
| Scheduled Payment Amount | $40 | $40 | $40 | $40 | $0 | $0 | $40 | $0 | $0 |
| Actual Amount Paid | $2,500 | $1,355 | $2,065 | No Data | $11,860 | $13,405 | $2,400 | $14,550 | $3,688 |

Between Aug 2022 and Jun 2024, your credit limit/high balance was $14,000

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

⚠ Hard inquiries may stay on your report up to two years.

**SBA** 409 3RD ST SW WASHINGTON DC 20416 **No phone # available**                     **Mar 22, 2024**

**REASON:** Business LOC.
**DURATION:** This inquiry is scheduled to continue on record until Apr 2026.

7190 02 00 0002368 0003 0015850

0707450873                     **RACHEL MARIE JONES** Report # **1113-5077-53** for **08/15/24**                     page 7 of 12

## Who Has Viewed Your Consumer Information (Continued)

**SBA** No phone # available                                                                          Mar 06, 2024

REASON: Business LOC
DURATION: This inquiry is scheduled to continue on record until Apr 2026

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117                                         Oct 31, 2023

REASON: Unspecified
DURATION: This inquiry is scheduled to continue on record until Nov 2025

**DISCOVER FINANCIAL SERVI** 12 READS WAY NEW CASTLE DE 19720 (800) 347 7683                           Sep 11, 2023



REASON: Unspecified
DURATION: This inquiry is scheduled to continue on record until Oct 2025

**CUDL/CO-OP/ GENISYS CU** 2100 EXECUTIVE HILLS DR AUBURN HILLS MI 48326 No phone # available          Nov 19, 2022

REASON: Unsecured
DURATION: This inquiry is scheduled to continue on record until Dec 2024

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

**Soft inquiries** are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

🛈 Soft inquiries DO NOT impact your credit score.

**JPMCB CJ** PO BOX 15298 WILMINGTON DE 19850 (868) 401 0550 **INQUIRY DATES:** 08.14.24 | 07.17.24 | 06.19.24 | 05.22.24 | 04.24.24 | 03.27.24 | 03.22.24 | 03.06.24 | 02.28.24 | 01.31.24 | 01.03.24 | 12.07.23 | 10.31.23 | 10.03.23 | 09.11.23 | 09.05.23 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 **INQUIRY DATES:** 08.13.24 | 08.10.24 | 08.09.24 | 08.08.24 | 08.04.24 | 08.03.24 | 08.02.24 | 08.01.24 | 07.22.24 | 07.21.24 | 07.20.24 | 07.19.24 | 07.18.24 | 07.07.24 | 07.04.24 | 06.22.24 | 06.21.24 | 06.20.24 | 06.19.24 | 05.19.24 | 05.09.24 | 05.08.24 | 05.06.24 | 05.05.24 | 05.04.24 | 05.02.24 | 05.01.24 | 04.26.24 | 04.25.24 | 04.24.24 | 04.22.24 | 04.19.24 | 04.13.24 | 04.10.24 | 04.08.24 | 04.03.24 | 04.02.24 | 04.01.24 | 03.29.24 | 03.23.24 | 03.22.24 | 03.20.24 | 03.06.24 | 03.05.24 | 03.04.24 | 03.03.24 | 03.02.24 | 03.01.24 | 02.29.24 | 02.24.24 | 02.22.24 | 02.18.24 | 02.07.24 | 02.06.24 | 02.04.24 | 02.02.24 | 02.01.24 | 01.21.24 | 01.20.24 | 01.11.24 | 01.10.24 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available **INQUIRY DATES:** 08.12.24 | 08.02.24 | 08.01.24 |

**EXPERIAN** PO BOX 9601 ALLEN TX 75013 (800) 311 4769 **INQUIRY DATES:** 08.12.24 | 08.02.24 | 08.01.24 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (800) 431 3471 **INQUIRY DATES:** 08.12.24 | 08.09.24 | 08.07.24 | 08.02.24 | 07.31.24 | 07.24.24 | 07.21.24 | 07.03.24 | 06.19.24 | 06.12.24 | 06.05.24 | 05.29.24 | 05.22.24 | 05.15.24 | 05.08.24 | 05.01.24 | 04.24.24 | 04.17.24 | 04.10.24 | 04.03.24 | 03.27.24 | 03.20.24 | 03.13.24 | 03.06.24 | 03.06.24 | 02.28.24 | 02.21.24 | 02.14.24 | 02.07.24 | 01.31.24 | 01.24.24 | 01.17.24 | 01.10.24 | 01.03.24 | 12.27.23 | 12.20.23 | 12.13.23 | 12.06.23 | 12.06.23 | 11.29.23 | 11.22.23 | 11.15.23 | 11.08.23 | 11.01.23 | 11.01.23 | 10.31.23 | 10.25.23 | 10.18.23 | 10.11.23 | 10.10.23 | 10.04.23 | 10.04.23 | 09.27.23 | 09.20.23 | 09.13.23 | 09.06.23 | 08.30.23 | 08.23.23 | 08.16.23 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available **INQUIRY DATES:** 08.12.24 | 08.02.24 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available **INQUIRY DATES:** 08.12.24 | 08.09.24 | 08.07.24 | 08.02.24 | 07.21.24 | 03.06.24 | 12.06.23 | 11.01.23 | 10.31.23 | 10.10.23 | 10.04.23 | 08.29.23 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available **INQUIRY DATES:** 08.10.24 | 08.07.24 | 08.03.24 | 07.31.24 | 07.27.24 | 07.24.24 | 07.20.24 | 07.17.24 | 07.13.24 | 07.10.24 | 07.06.24 | 06.29.24 | 06.26.24 | 06.22.24 | 06.19.24 | 06.15.24 | 06.12.24 | 06.08.24 | 06.01.24 | 05.29.24 | 05.25.24 | 05.22.24 | 05.18.24 | 05.15.24 | 05.11.24 | 05.08.24 | 05.04.24 | 05.01.24 | 04.27.24 | 04.24.24 | 04.20.24 | 04.17.24 | 04.13.24 | 04.10.24 | 04.06.24 | 04.03.24 | 03.30.24 | 03.27.24 | 03.23.24 | 03.20.24 | 03.16.24 | 03.13.24 | 03.09.24 | 03.06.24 | 03.02.24 | 02.28.24 | 02.24.24 | 02.21.24 | 02.17.24 | 02.14.24 | 02.10.24 | 02.07.24 | 02.03.24 | 01.31.24 | 01.27.24 | 01.24.24 | 01.20.24 | 01.17.24 | 01.13.24 | 01.10.24 | 01.06.24 | 01.03.24 | 12.30.23 | 12.27.23 | 12.23.23 | 12.20.23 | 12.16.23 | 12.13.23 | 12.09.23 | 12.06.23 | 12.02.23 | 11.29.23 | 11.25.23 | 11.22.23 | 11.18.23 | 11.15.23 | 11.11.23 | 11.08.23 | 11.04.23 | 11.01.23 | 10.28.23 | 10.25.23 | 10.21.23 | 10.18.23 | 10.14.23 | 10.11.23 | 10.07.23 | 10.04.23 | 09.30.23 | 09.27.23 | 09.23.23 | 09.20.23 | 09.16.23 | 09.13.23 | 09.09.23 | 09.06.23 | 09.02.23 | 08.30.23 | 08.26.23 | 08.23.23 | 08.19.23 | 08.16.23 |

**PA STATE EMPLOYEES CREDI** 1500 ELMERTON AVE HARRISBURG PA 17110 (717) 234 8484 **INQUIRY DATES:** 08.07.24 |

**CONSUMERINFO.COM** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available **INQUIRY DATES:** 08.01.24 |

**JPMCB** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **INQUIRY DATES:** 08.01.24 | 07.01.24 | 05.31.24 | 05.01.24 | 04.01.24 | 03.01.24 | 02.01.24 | 01.01.24 | 12.01.23 | 11.01.23 | 10.01.23 | 09.01.23 |

**THE GOLDMAN SACHS GROUPI** 200 WEST ST NEW YORK NY 10282 No phone # available **INQUIRY DATES:** 07.18.24 |

**CITI COMMERCE SOLUTIONS** 541 SID MARTIN RD GRAY TN 37615 (800) 331 3703 **INQUIRY DATES:** 07.08.24 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available **INQUIRY DATES:** 06.03.24 | 06.02.24 | 06.01.24 | 05.31.24 | 05.30.24 | 05.29.24 | 05.28.24 | 05.27.24 | 05.26.24 | 05.25.24 | 05.24.24 | 05.23.24 | 05.22.24 | 05.21.24 | 05.20.24 | 05.19.24 | 05.18.24 | 05.17.24 | 05.16.24 | 05.15.24 | 05.14.24 | 05.13.24 | 05.12.24 | 05.11.24 | 05.10.24 | 05.09.24 | 05.08.24 | 05.07.24 | 05.06.24 | 05.05.24 | 05.04.24 | 05.03.24 | 05.02.24 | 05.01.24 | 04.30.24 | 04.29.24 | 04.28.24 | 04.27.24 | 04.26.24 | 04.25.24 | 04.24.24 | 04.23.24 | 04.22.24 | 04.21.24 | 04.20.24 | 04.19.24 | 04.18.24 | 04.17.24 | 04.16.24 | 04.15.24 | 04.14.24 | 04.13.24 | 04.12.24 | 04.11.24 | 04.10.24 | 04.09.24 | 04.08.24 | 04.07.24 | 04.06.24 | 04.05.24 | 04.04.24 | 04.03.24 | 04.02.24 | 04.01.24 | 03.31.24 | 03.30.24 | 03.29.24 | 03.28.24 | 03.27.24 | 03.26.24 | 03.25.24 | 03.24.24 | 03.23.24 | 03.22.24 | 03.21.24 | 03.20.24 | 03.19.24 | 03.18.24 | 03.17.24 | 03.16.24 | 03.15.24 | 03.14.24 | 03.13.24 | 03.12.24 | 03.11.24 | 03.10.24 | 03.09.24 | 03.08.24 | 03.07.24 | 03.06.24 | 03.05.24 | 03.04.24 | 03.03.24 | 03.02.24 | 03.01.24 | 02.29.24 | 02.28.24 | 02.27.24 | 02.26.24 | 02.25.24 | 02.24.24 | 02.23.24 | 02.22.24 | 02.21.24 | 02.20.24 | 02.19.24 | 02.18.24 | 02.17.24 | 02.16.24 | 02.15.24 | 02.14.24 | 02.13.24 | 02.12.24 | 02.11.24 | 02.10.24 | 02.09.24 | 02.08.24 | 02.07.24 | 02.06.24 | 02.05.24 | 02.04.24 | 02.03.24 | 02.02.24 | 02.01.24 | 01.31.24 | 01.30.24 | 01.29.24 | 01.28.24 | 01.27.24 | 01.26.24 | 01.25.24 | 01.24.24 | 01.23.24 | 01.22.24 | 01.21.24 | 01.20.24 | 01.19.24 | 01.18.24 | 01.17.24 | 01.16.24 | 01.15.24 | 01.14.24 | 01.13.24 | 01.12.24 | 01.11.24 | 01.10.24 | 01.09.24 | 01.08.24 | 01.07.24 | 01.06.24 | 01.05.24 | 01.04.24 | 01.03.24 | 01.02.24 | 01.01.24 | 12.31.23 | 12.30.23 | 12.29.23 | 12.28.23 | 12.27.23 | 12.26.23 | 12.25.23 | 12.24.23 | 12.23.23 | 12.22.23 | 12.21.23 | 12.20.23 | 12.19.23 | 12.18.23 | 12.17.23 | 12.16.23 | 12.15.23 | 12.14.23 | 12.13.23 | 12.12.23 | 12.11.23 | 12.10.23 | 12.08.23 | 12.07.23 | 12.06.23 | 12.05.23 | 12.04.23 | 12.03.23 | 12.02.23 | 12.01.23 | 11.30.23 | 11.29.23 | 11.28.23 | 11.27.23 | 11.26.23 | 11.25.23 | 11.24.23 | 11.23.23 | 11.22.23 | 11.21.23 | 11.20.23 | 11.19.23 | 11.18.23 | 11.17.23 | 11.16.23 | 11.15.23 | 11.14.23 | 11.13.23 | 11.12.23 | 11.11.23 | 11.10.23 | 11.09.23 | 11.08.23 | 11.07.23 | 11.06.23 | 11.05.23 |

7190-02-00-0002368-0003-0015-850

**Who Has Viewed Your Consumer Information** (Continued)

STATE OF MEDIA/DELOITTE ... No phone # available INQUIRY DATES 05 07 24 |

CREDIT KARMA INC ... No phone # available INQUIRY DATES 05 22 24 | 04 09 24 | 10 01 24 | 09 11 24 |

EXPERIAN ... No phone # available INQUIRY DATES 03 22 24 | 05 06 24 | 03 05 24 | 01 04 24 | 10 31 24 | 10 04 24 | 09 11 23 |

PA STATE EMPLOYEES CREDIT UNION 1500 E MERITON AVE HARRISBURG PA 17110 (717) 234 6484 INQUIRY DATES 01 10 24 |

PATHWARD NA ... INQUIRY DATES 01 03 24 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

**i** Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| RACHEL JONES | Name ID # 1865 |
| RACHEL M JONES | Name ID # 15936 |
| RACHEL MARIE JONES | Name ID # 26493 |
| RACHAEL M JONES | Name ID # 31852 |

**ADDRESSES**

| | |
|---|---|
| 25654 DEBORAH<br>DETROIT MI 48239-1745 | Geo Code 0-55550020-163-2160<br>Address ID # 0109821319 Address Type: Single family |
| 25050 THORNDYKE ST<br>SOUTHFIELD MI 48033-7036 | Geo Code 0-00-0<br>Address ID # 0101660135 Address Type: Single family |
| 27524 CORDOBA APT 202<br>FARMINGTON HILLS MI 48334-3956 | Geo Code 0-16660030-125<br>Address ID # 0110287503 Address Type: Apartment complex |
| 1239 KENTFIELD ST<br>DETROIT MI 48219-3453 | Geo Code 0-54110050-163-2160<br>Address ID # 0109436574 Address Type: Single family |
| 19460 MAYFIELD AVE APT 204<br>LIVONIA MI 48152-1382 | Geo Code 0-55630030-163-2160<br>Address ID # 0102776859 Address Type: Apartment complex |
| 19460 MAYFIELD AVE<br>LIVONIA MI 48152-4233 | Geo Code 0-55630030-163-2160<br>Address ID # 0102776851 Address Type: Multifamily |
| 19460 MAPLE AVE 204<br>LIVONIA MI 48152- | Geo Code 0-00-0-2160<br>Address ID # 0761560358 Address Type: Single family |
| 27574 GATEWAY E DR<br>FARMINGTON HILLS MI 48334-4920 | Geo Code 0-16660030-125-2160<br>Address ID # 0110290545 Address Type: Multifamily |
| 16400 J L HUDSON DR UNIT ELVATR<br>SOUTHFIELD MI 48075-4875 | Geo Code 0-16220010-125-<br>Address ID # 0707796511 Address Type: Single family |
| 27574 GATEWAY E DR #D-301<br>FARMINGTON HILLS MI 48334-4920 | Geo Code 0-16660030-125-2160<br>Address ID # 0743305277 Address Type: Apartment complex |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1986

**TELEPHONE NUMBERS**

| | |
|---|---|
| 248 255-6996 | Cellular |
| 248 827-7697 | Residential |
| 313 282-3560 | Cellular |

**FORMER OR CURRENT EMPLOYERS**

ELITE BUSINESS CAPITOL MGM GRAND

**NOTICES**

Your date of birth indicates that credit may have been established before age 18.

7190-02-00-0002368-0002-0015849

## How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below

**CALL US**

(833) 796 8634
M - F 9am - 5pm in your time zone

**WRITE TO US**

Experian, NCAC
PO BOX 9701
Allen, TX 75013

**GO ONLINE (for fastest results)**

Visit experian.com/disputes



Dispute Online
for faster results

Check Status
Online



# A Summary of Your Rights Under the Fair Credit Reporting Act

Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to:** www.consumerfinance.gov/learnmore **or write to:**

Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**ACCESS TO YOUR FILE IS LIMITED.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**YOU MAY SEEK DAMAGES FROM VIOLATORS.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.** For more information, visit www.consumerfinance.gov/learnmore

**STATE RIGHTS INFORMATION.** States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General

**FEDERAL RIGHTS INFORMATION.** For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here: https://www.experian.com/FCRA

## A Summary of Your Rights Under the Fair Credit Reporting Act (Continued)



THIS PAGE INTENTIONALLY LEFT BLANK

**Notice this page becomes evidence including the cover page to**

**Exhibit evidence for record**

Case/account: Rachel Jones vs. Experian Information Solutions Inc

Exhibit G1 .

**Notice this exhibit as:**

Defendant sent Dispute Results to Plaintiff 4/23 dispute

**Respectfully deposited to be marked and admitted as**

Evidence for Rachel Jones / Plaintiff .

Expressed date: 1 / /25 .

**Affiant attest to the facts hereon provided to the best of my knowledge,**

By: Rachel Jones without recourse.

Page **1** of **1**



Prepared For

## RACHEL MARIE JONES

**Personal & Confidential**

**Date Generated**  May 16, 2023

**Report Number**  0403-7472-23

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### APPLE CARD/GS BANK USA

Account • 120001XXXXXXXXXX

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.  **Updated**

You can contact APPLE CARD/GS BANK USA at LOCKBOX 6112 P.O. BOX 7247, PHILADELPHIA , PA 19170 or (877) 255-5923

### After your dispute

#### Account Info

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **APPLE CARD/GS BANK USA** | Balance | **$5,150** |
| | | Balance Updated | **05/04/2023** |
| Account Number | **120001XXXXXXXXXX** | Recent Payment | - |
| Account Type | **Credit card** | Monthly Payment | - |
| Responsibility | **Individual** | | |
| | | Original Balance | **$4,500** |
| Date Opened | **12/30/2021** | Highest Balance | **$5,150** |
| Status | **Account charged off. $5,150 written off. $5,150 past due as of May 2023.** | Terms | - |
| | | On Record Until | **Apr 2029** |
| Status Updated | **01/2023** | | |

## Payment History

|      | J  | F  | M  | A  | M  | J | J | A  | S  | O  | N   | D   |
|------|----|----|----|----|----|---|---|----|----|----|-----|-----|
| 2023 | CO | CO | CO | ND | CO | — | — | —  | —  | —  | —   | —   |
| 2022 |    |    |    |    |    |   |   | 30 | 60 | 90 | 120 | 150 |
| 2021 | —  | —  | —  | —  | —  | — | — | —  | —  | —  | —   |     |

|     | Current / Terms met     |
|-----|-------------------------|
| 30  | Past due 30 days        |
| 60  | Past due 60 days        |
| 90  | Past due 90 days        |
| 120 | Past due 120 days       |
| 150 | Past due 150 days       |
| CO  | Charge off              |
| ND  | No data for this period |

## Payment history guide

Charge Off as of May 2023, Mar 2023, Feb 2023, Jan 2023

150 days past due as of Dec 2022

120 days past due as of Nov 2022

90 days past due as of Oct 2022

60 days past due as of Sep 2022

30 days past due as of Aug 2022

This account is scheduled to continue on record until Apr 2029.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Mar 2023 | $5,150 | $0 | $0 on 6/30/2022 |
| Jan 2023 | $5,150 | $0 | $0 on 6/30/2022 |
| Dec 2022 | $5,150 | $153 | $0 on 6/30/2022 |
| Nov 2022 | $5,039 | $154 | $0 on 6/30/2022 |
| Oct 2022 | $4,936 | $144 | $0 on 6/30/2022 |
| Sep 2022 | $4,833 | $144 | $0 on 6/30/2022 |
| Aug 2022 | $4,737 | $139 | $0 on 6/30/2022 |
| Jul 2022 | $4,641 | $133 | $0 on 6/30/2022 |
| Jun 2022 | $4,549 | $136 | $0 on 6/30/2022 |
| May 2022 | $4,706 | $131 | $0 on 5/6/2022 |
| Apr 2022 | $4,579 | $125 | $0 on 4/29/2022 |
| Mar 2022 | $4,532 | $156 | $0 on 3/30/2022 |
| Feb 2022 | $3,710 | $42 | $0 on 2/23/2022 |
| Jan 2022 | $4,159 | $3 | $0 on 1/31/2022 |
| Dec 2021 | $3 | $0 | $0 |

## Additional info

Between Dec 2021 and Mar 2023, your credit limit/high balance was $4,500

## Contact Info

Address          **LOCKBOX 6112 P.O. BOX 7247, PHILADELPHIA PA 19170**

## Comment

## Current:

**Account previously in dispute - investigation complete, reported by data furnisher**

## Previous:

**Account previously in dispute - investigation complete, reported by data furnisher**

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Invalid date, Invalid date, Invalid date

## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2023.**

# Before your dispute

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **APPLE CARD/GS BANK USA** | Balance | **$5,150** |
| | | Balance Updated | **03/31/2023** |
| Account Number | **120001XXXXXXXXXX** | Recent Payment | **-** |
| Account Type | **Credit card** | Monthly Payment | **-** |
| Responsibility | **Individual** | Original Balance | **$4,500** |
| Date Opened | **12/30/2021** | Highest Balance | **$5,150** |
| Status | **Account charged off. $5,150 written off. $5,150 past due as of Mar 2023.** | Terms | **-** |
| | | On Record Until | **Apr 2029** |
| Status Updated | **01/2023** | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | CO | CO | — | — | — | — | — | — | — | — | — |
| 2022 | | | | | | | | 30 | 60 | 90 | 120 | 150 |
| 2021 | — | — | — | — | — | — | — | — | — | — | — | |

Current / Terms met

30   Past due 30 days

60   Past due 60 days

90   Past due 90 days

120   Past due 120 days

150   Past due 150 days

CO   Charge off

## Payment history guide

Charge Off as of Jan 2023 to Mar 2023

150 days past due as of Dec 2022

120 days past due as of Nov 2022

90 days past due as of Oct 2022

60 days past due as of Sep 2022

30 days past due as of Aug 2022

This account is scheduled to continue on record until Apr 2029.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Jan 2023 | $5,150 | $0 | $0 on 6/30/2022 |
| Dec 2022 | $5,150 | $153 | $0 on 6/30/2022 |
| Nov 2022 | $5,039 | $154 | $0 on 6/30/2022 |
| Oct 2022 | $4,936 | $144 | $0 on 6/30/2022 |
| Sep 2022 | $4,833 | $144 | $0 on 6/30/2022 |
| Aug 2022 | $4,737 | $139 | $0 on 6/30/2022 |
| Jul 2022 | $4,641 | $133 | $0 on 6/30/2022 |
| Jun 2022 | $4,549 | $136 | $0 on 6/30/2022 |
| May 2022 | $4,706 | $131 | $0 on 5/6/2022 |
| Apr 2022 | $4,579 | $125 | $0 on 4/29/2022 |
| Mar 2022 | $4,532 | $156 | $0 on 3/30/2022 |
| Feb 2022 | $3,710 | $42 | $0 on 2/23/2022 |
| Jan 2022 | $4,159 | $3 | $0 on 1/31/2022 |
| Dec 2021 | $3 | $0 | $0 |

## Additional info

Between Dec 2021 and Jan 2023, your credit limit/high balance was $4,500

## Contact Info

Address

**LOCKBOX 6112 P.O. BOX
7247,
PHILADELPHIA PA 19170**

## Comment

## Current:

**Account previously in dispute - investigation complete, reported by data furnisher**

## Previous:

**Account previously in dispute - investigation complete, reported by data furnisher**

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Invalid date, Invalid date, Invalid date

## Reinvestigation Info

**This item was updated from our processing of your dispute in Mar 2023.**

# P S E C U

Account · 843884XXXXXXXXX

The item you disputed has been updated, which may include an update to the Updated disputed information. Please review your report for the details.

You can contact P S E C U at 1500 ELMERTON AVE, HARRISBURG , PA 17110 or (717) 234-8484

## After your dispute

## Account Info

| Account Name | **PA STATE EMPLOYEES CREDIT UNION** | Balance | **$24,883** |
|---|---|---|---|
| | | Balance Updated | **04/30/2023** |
| Account Number | **843884XXXXXXXXX** | Recent Payment | **-** |
| Account Type | **Credit card** | Monthly Payment | **$540** |
| Responsibility | **Individual** | Original Balance | **$25,000** |
| Date Opened | **04/26/2022** | Highest Balance | **$27,013** |
| Status | **Closed. $1,744 past due as of Apr 2023.** | Terms | **-** |
| Status Updated | **04/2023** | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | **60** | **90** | ND | **120** | — | — | — | — | — | — | — | — |
| 2022 | — | — | — | | | | | | | | | **30** |

| | |
|---|---|
| | Current / Terms met |
| 30 | Past due 30 days |
| 60 | Past due 60 days |
| 90 | Past due 90 days |
| 120 | Past due 120 days |
| ND | No data for this period |

## Payment history guide

120 days past due as of Apr 2023

90 days past due as of Feb 2023

60 days past due as of Jan 2023

30 days past due as of Dec 2022

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Feb 2023 | $26,637 | $532 | $0 on 7/1/2022 |
| Jan 2023 | $26,267 | $525 | $0 on 7/1/2022 |
| Dec 2022 | $25,896 | $517 | $0 on 7/1/2022 |
| Nov 2022 | $25,536 | $510 | $317 on 7/1/2022 |
| Nov 2022 | $25,219 | $510 | $659 on 7/1/2022 |
| Sep 2022 | $25,933 | $518 | $0 on 6/25/2022 |
| Aug 2022 | $25,603 | $512 | $0 on 6/25/2022 |
| Jul 2022 | $25,274 | $505 | $0 on 6/25/2022 |
| Jun 2022 | $24,918 | $498 | $301 on 6/25/2022 |
| May 2022 | $15,052 | $301 | $0 |
| Apr 2022 | $0 | $0 | $0 |

## Additional info

Between Apr 2022 and Feb 2023, your credit limit/high balance was $25,000

## Contact Info

Address          **1500 ELMERTON AVE,
                 HARRISBURG PA 17110**

## Comment

## Current:

**Account previously in dispute - investigation complete, reported by data furnisher**

**Account closed at credit grantor's request.**

## Previous:

**None**

## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2023.**

# Before your dispute

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **PA STATE EMPLOYEES CREDIT UNION** | Balance | **$27,013** |
| | | Balance Updated | **04/08/2023** |
| Account Number | **843884XXXXXXXXXX** | Recent Payment | **-** |
| Account Type | **Credit card** | Monthly Payment | **$540** |
| Responsibility | **Individual** | Original Balance | **$25,000** |
| Date Opened | **04/26/2022** | Highest Balance | **$27,013** |
| Status | **Closed. $1,744 past due as of Apr 2023.** | Terms | **-** |
| Status Updated | **04/2023** | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | **60** | **90** | ND | **90** | — | — | — | — | — | — | — | — |
| 2022 | — | — | — | | | | | | | | | **30** |

Current / Terms met

30   Past due 30 days

60   Past due 60 days

90   Past due 90 days

ND   No data for this period

## Payment history guide

90 days past due as of Apr 2023, Feb 2023

60 days past due as of Jan 2023

30 days past due as of Dec 2022

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Feb 2023 | $26,637 | $532 | $0 on 7/1/2022 |
| Jan 2023 | $26,267 | $525 | $0 on 7/1/2022 |
| Dec 2022 | $25,896 | $517 | $0 on 7/1/2022 |
| Nov 2022 | $25,536 | $510 | $317 on 7/1/2022 |
| Nov 2022 | $25,219 | $510 | $659 on 7/1/2022 |
| Sep 2022 | $25,933 | $518 | $0 on 6/25/2022 |
| Aug 2022 | $25,603 | $512 | $0 on 6/25/2022 |
| Jul 2022 | $25,274 | $505 | $0 on 6/25/2022 |
| Jun 2022 | $24,918 | $498 | $301 on 6/25/2022 |
| May 2022 | $15,052 | $301 | $0 |
| Apr 2022 | $0 | $0 | $0 |

## Additional info

Between Apr 2022 and Feb 2023, your credit limit/high balance was $25,000

## Contact Info

Address          **1500 ELMERTON AVE,**
                 **HARRISBURG PA 17110**

## Comment

## Current:

**Account previously in dispute - investigation complete,
reported by data furnisher**

## Previous:

**None**

**Reinvestigation Info**

**This item was updated from our processing of your
dispute in Apr 2023.**

# P S E C U

Account • 843884XXXXXXXXX

The company that reported the information has certified to Experian that the    Remains
information is accurate. This item was not changed as a result of our
processing of your dispute. Please review your report for the details.

# P S E C U

Account • 843884XXXXXXXXX

The company that reported the information has certified to Experian that the    Remains
information is accurate. This item was not changed as a result of our
processing of your dispute. Please review your report for the details.

## If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to
service providers or medical procedures, then you expressly consent to Experian
including this information in every credit report we issue about you.

You have a right to contact the company that reports the information to us and
dispute it directly with them. If you wish to obtain documentation or written
verification concerning your accounts, please contact your creditors directly.

You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you have a right to also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Action Required

**APPLE CARD/GS BANK USA**
120001205138....

PLEASE CONTACT CREDIT GRANTOR AT -8772555923-

## Messages from Your Experian Specialist

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

## Notices

This information is provided in response to your dispute(s) regarding inquiries shown on your personal credit report.

Experian is required by federal law to keep a record of all companies that have requested your credit information and to display the names of the requesting companies to you. Experian generates the information listed in the inquiry section from its own business records, which it has verified as accurate. The requesting companies do not place inquiries on consumers' credit reports. Some companies may be listed in the inquiry section under a parent, subsidiary, or other operating name that is different than the name you are familiar with.

Only companies who have certified to Experian that they have a permissible purpose under the Fair Credit Reporting Act may receive credit information about a consumer. Permissible purpose exists when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Other examples of permissible purpose include your current creditors monitoring your accounts; other creditors wanting to offer you preapproved credit; an employer who wishes to extend an offer of employment; a potential investor assessing the risk of a current credit obligation; an end user completing your mortgage loan application; and insurance underwriting (auto or home). Your explicit permission is not always necessary for the company to have a permissible purpose.

Inquiries displayed to you under the heading "Credit Applications/Hard Inquiries" may affect your credit score. The inquiries displayed to you under the heading "Consumer Report Views/Soft Inquiries" do not affect your credit score. Inquiries may remain on your credit report for up to 25 months.

If you believe certain inquiries on your credit report were generated as a result of identity theft, please contact Experian by phone at 800 583 4080 or in writing at Experian, PO Box 9701, Allen, Texas, 75103, and provide specific information about the identity theft as it relates to the disputed inquiries.

---

# Your Credit Report
**At a Glance**

**8 Accounts**   **0 Public Records**   **8 Hard Inquiries**

## Personal Information

**4** Names   **10** Addresses   **2** Employers   **1** Personal Statements   **5** Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

**RACHEL JONES**

Name ID #1665

**RACHEL M JONES**

Name ID #15936

**RACHEL MARIE JONES**

Name ID #26499

**RACHAEL M JONES**

Name ID #31852

**Addresses**

**25654 DEBORAH DETROIT MI, 48239-1745**

Address ID #0109821319
Single family

**25050 THORNDYKE ST SOUTHFIELD MI, 48033-7036**

Address ID #0101660135
Single family

**27524 CORDOBA APT4202 FARMINGTO N HILLS MI, 48334-3956**

Address ID #0110287503
Apartment complex

**17196 KENTFIELD ST DETROIT MI, 48219-3453**

Address ID #0109436574
Single family

**19460 MAYFIELD AVE APT204 LIVONIA MI, 48152-1382**

Address ID #0102776859
Apartment complex

**19460 MAYFIELD AVE LIVONIA MI, 48152-4233**

Address ID #0102776851
Multifamily

**19460 MAPLE AVE 204 LIVONIA MI, 48152**

Address ID #0761560358
Single family

**27574 GATEWAY E DR FARMINGTO N HILLS MI, 48334-4920**

Address ID #0110290545
Multifamily

**16400 J L HUDSON DR UNITELVATR SOUTHFIELD MI, 48075-4875**

Address ID #0707796511
Single family

**27574 GATEWAY E DR #D-301 FARMINGTO N HILLS MI, 48334-4920**

Address ID #0743305277
Apartment complex

## Year of Birth

**1986**

## Phone Numbers

**(248) 255-6996**

Cellular

**(248) 827-7697**

Residential

**(313) 282-3660**

Cellular

## Employers

**ELITE BUSINESS CAPITOL**

**MGM GRAND**

## Notices

Your date of birth indicates that credit may have been established before age 18.

## Personal Statements

ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 812-573-8661 OR EVENING 313-523-1707 . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 04-01-22.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

● **APPLE CARD/GS BANK USA**

POTENTIALLY NEGATIVE

**Account Info**

| | | | |
|---|---|---|---|
| Account Name | **APPLE CARD/GS BANK USA** | Balance | **$5,150** |
| | | Balance Updated | **05/04/2023** |
| Account Number | **120001XXXXXXXXXX** | Recent Payment | **-** |
| Account Type | **Credit card** | Monthly Payment | **-** |
| Responsibility | **Individual** | Credit Limit | **$4,500** |
| Date Opened | **12/30/2021** | Highest Balance | **$5,150** |
| Status | **Account charged off. $5,150 written off. $5,150 past due as of May 2023.** | Terms | **-** |
| | | On Record Until | **Apr 2029** |
| Status Updated | **Jan 2023** | | |

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | CO | CO | ND | CO | – | – | – | – | – | – | – |
| 2022 |   |   |   |   |   |   |   | 30 | 60 | 90 | 120 | 150 |
| 2021 | – | – | – | – | – | – | – | – | – | – | – |   |

| | Current / Terms met |
|-----|----------------------|
| 30 | Past due 30 days |
| 60 | Past due 60 days |
| 90 | Past due 90 days |
| 120 | Past due 120 days |
| 150 | Past due 150 days |
| CO | Charge off |
| ND | No data for this period |

## Payment history guide

Charge Off as of May 2023, Mar 2023, Feb 2023, Jan 2023

150 days past due as of Dec 2022

120 days past due as of Nov 2022

90 days past due as of Oct 2022

60 days past due as of Sep 2022

30 days past due as of Aug 2022

This account is scheduled to continue on record until Apr 2029.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2023 | $5,150 | $0 | $0 on 6/30/2022 |
| Jan 2023 | $5,150 | $0 | $0 on 6/30/2022 |
| Dec 2022 | $5,150 | $153 | $0 on 6/30/2022 |
| Nov 2022 | $5,039 | $154 | $0 on 6/30/2022 |
| Oct 2022 | $4,936 | $144 | $0 on 6/30/2022 |
| Sep 2022 | $4,833 | $144 | $0 on 6/30/2022 |
| Aug 2022 | $4,737 | $139 | $0 on 6/30/2022 |
| Jul 2022 | $4,641 | $133 | $0 on 6/30/2022 |
| Jun 2022 | $4,549 | $136 | $0 on 6/30/2022 |
| May 2022 | $4,706 | $131 | $0 on 5/6/2022 |
| Apr 2022 | $4,579 | $125 | $0 on 4/29/2022 |
| Mar 2022 | $4,532 | $156 | $0 on 3/30/2022 |
| Feb 2022 | $3,710 | $42 | $0 on 2/23/2022 |
| Jan 2022 | $4,159 | $3 | $0 on 1/31/2022 |
| Dec 2021 | $3 | $0 | $0 |

## Additional info

Between Dec 2021 and Mar 2023, your credit limit/high balance was $4,500

## Contact Info

Address   LOCKBOX 6112 P.O. BOX
7247,
PHILADELPHIA PA 19170

Phone Number   (877) 255-5923

## Comment

### Current:

**Account previously in dispute - investigation complete, reported by data furnisher**

### Previous:

**Account previously in dispute - investigation complete, reported by data furnisher**

Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date, Invalid date

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

Invalid date, Invalid date, Invalid date

## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2023.**

# MACYS/CBNA

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **MACYS/CBNA** | Balance | **$647** |
| Account Number | **603534XXXXXXXXXX** | Balance Updated | **04/18/2023** |
| Account Type | **Charge Card** | Recent Payment | **-** |
| Responsibility | **Joint with SHELIA G MOTT** | Monthly Payment | **$29** |
| | | Credit Limit | **$2,700** |
| Date Opened | **09/01/2002** | Highest Balance | **$2,155** |
| Status | **Open/Never late.** | Terms | **-** |
| Status Updated | **Apr 2023** | | |

**Payment History**



|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 |   |   |   |   | — | — | — | — | — | — | — | — |
| 2022 |   |   |   |   |   |   |   |   |   |   |   |   |
| 2021 |   |   |   |   |   |   |   |   |   |   |   |   |
| 2020 |   |   |   |   |   |   |   |   |   |   |   |   |
| 2019 |   |   |   |   |   |   |   |   |   |   |   |   |
| 2018 |   |   |   |   |   |   |   |   |   |   |   |   |
| 2017 |   |   |   |   |   |   |   |   |   |   |   |   |
| 2016 | — | — | — | — |   |   |   |   |   |   |   |   |

Current / Terms met

## Contact Info

| Address | PO BOX 6789, |
|---------|--------------|
|         | SIOUX FALLS SD 57117 |
| Phone Number | (800) 243-6552 |

## ● MICHIGAN FIRST CU

**POTENTIALLY NEGATIVE**

## Account Info

| Account Name | MICHIGAN FIRST CU | Balance | - |
|--------------|-------------------|---------|---|
| Account Number | 301044XXXXXXX | Balance Updated | - |
| Account Type | Secured Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 08/15/2017 | Original Balance | $500 |
| Status | Paid, Closed. | Highest Balance | - |
| Status Updated | Dec 2017 | Terms | 6 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | — | — | — | — | — | — | — | — | | | **30** | CLS |

|  | Current / Terms met |
|---|---|
| 30 | Past due 30 days |
| CLS | Closed |

## Payment history guide

30 days past due as of Nov 2017

## Contact Info

| Address | 7700 PURITAN ST, DETROIT MI 48238 |
|---|---|
| Phone Number | (313) 345-7200 |

## Reinvestigation Info

This item remained unchanged from our processing of your dispute in Apr 2023.

● **PA STATE EMPLOYEES CREDIT UNION**

POTENTIALLY NEGATIVE

## Account Info

| | | |
|---|---|---|
| Account Name | **PA STATE EMPLOYEES CREDIT UNION** | |
| Account Number | **843884XXXXXXXXX** | |
| Account Type | **Credit card** | |
| Responsibility | **Individual** | |
| Date Opened | **04/26/2022** | |
| Status | **Closed. $1,744 past due as of Apr 2023.** | |
| Status Updated | **Apr 2023** | |

| | |
|---|---|
| Balance | **$24,883** |
| Balance Updated | **04/30/2023** |
| Recent Payment | - |
| Monthly Payment | **$540** |
| Credit Limit | **$25,000** |
| Highest Balance | **$27,013** |
| Terms | - |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | **60** | **90** | **ND** | **120** | — | — | — | — | — | — | — | — |
| 2022 | — | — | — | | | | | | | | | **30** |

Current / Terms met
30   Past due 30 days
60   Past due 60 days
90   Past due 90 days
120   Past due 120 days
ND   No data for this period

## Payment history guide

120 days past due as of Apr 2023

90 days past due as of Feb 2023

60 days past due as of Jan 2023

30 days past due as of Dec 2022

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Feb 2023** | **$26,637** | **$532** | **$0 on 7/1/2022** |
| **Jan 2023** | **$26,267** | **$525** | **$0 on 7/1/2022** |
| **Dec 2022** | **$25,896** | **$517** | **$0 on 7/1/2022** |
| **Nov 2022** | **$25,536** | **$510** | **$317 on 7/1/2022** |
| **Nov 2022** | **$25,219** | **$510** | **$659 on 7/1/2022** |
| **Sep 2022** | **$25,933** | **$518** | **$0 on 6/25/2022** |
| **Aug 2022** | **$25,603** | **$512** | **$0 on 6/25/2022** |
| **Jul 2022** | **$25,274** | **$505** | **$0 on 6/25/2022** |
| **Jun 2022** | **$24,918** | **$498** | **$301 on 6/25/2022** |
| **May 2022** | **$15,052** | **$301** | **$0** |
| **Apr 2022** | **$0** | **$0** | **$0** |

## Additional info

Between Apr 2022 and Feb 2023, your credit limit/high balance was $25,000

## Contact Info

| Address | **1500 ELMERTON AVE,** |
|---|---|
| | **HARRISBURG PA 17110** |
| Phone Number | **(717) 234-8484** |

## Comment

## Current:

**Account previously in dispute - investigation complete, reported by data furnisher**

**Account closed at credit grantor's request.**

## Previous:

**None**

## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2023.**

## ● PA STATE EMPLOYEES CREDIT UNION

POTENTIALLY NEGATIVE

## Account Info

| | | | |
|---|---|---|---|
| Account Name | **PA STATE EMPLOYEES CREDIT UNION** | Balance | **$14,830** |
| | | Balance Updated | **04/30/2023** |
| Account Number | **843884XXXXXXXXXX** | Recent Payment | **-** |
| Account Type | **Unsecured** | Monthly Payment | **-** |
| Responsibility | **Individual** | Original Balance | **$15,000** |
| Date Opened | **05/02/2022** | Highest Balance | **-** |
| Status | **Account charged off. $14,830 written off. $14,830 past due as of Apr 2023.** | Terms | **68 Months** |
| | | On Record Until | **Mar 2029** |
| Status Updated | **Dec 2022** | | |

## Payment History

|      | J  | F  | M  | A  | M | J | J  | A  | S  | O   | N   | D  |
|------|----|----|----|----|---|---|----|----|----|-----|-----|----|
| 2023 | CO | CO | CO | CO | – | – | –  | –  | –  | –   | –   | –  |
| 2022 | –  | –  | –  |    |   |   | 30 | 60 | 90 | 120 | 150 | CO |

|     | Current / Terms met |
|-----|---------------------|
| 30  | Past due 30 days    |
| 60  | Past due 60 days    |
| 90  | Past due 90 days    |
| 120 | Past due 120 days   |
| 150 | Past due 150 days   |
| CO  | Charge off          |

## Payment history guide

Charge Off as of Dec 2022 to Apr 2023

150 days past due as of Nov 2022

120 days past due as of Oct 2022

90 days past due as of Sep 2022

60 days past due as of Aug 2022

30 days past due as of Jul 2022

This account is scheduled to continue on record until Mar 2029.

## Balance Histories