**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RACHEL JONES,

Plaintiff,

v.

EXPERIAN INFORMATION SYSTEMS,

Defendant.

______________________________ /

Case No. 2:25-cv-10114
District Judge Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

**ORDER DENYING WITHOUT PREJUDICE MOTION TO COMPEL (ECF NO. 18) AND REQUIRING SUBMISSION OF STIPULATION AND PROPOSED ORDER OF DISMISSAL**

On August 27, 2026, the Court received notice from defense counsel, with Plaintiff copied, regarding a settlement in principle. In accordance with the parties' representation, Defendant's motion to compel arbitration (ECF No. 18) is **DENIED WITHOUT PREJUDICE** to the right of Defendant to reinstate the motion at the upcoming final pretrial conference, which is not yet canceled at this time. In order to cancel the **September 1, 2026** final pretrial conference, the Court needs a stipulation and order of dismissal (prepared for and sent to Judge Goldsmith) by **Monday, August 31, 2026**. If an order has not been received by close of business on Monday, the Court will at least hold a status conference by

Zoom during the time scheduled for the joint final pretrial conference. For the time being, the Court will not require that a joint final pretrial order be submitted.

**IT IS SO ORDERED.**

Dated: August 27, 2026

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE